

# United States District Court
# Eastern District of California

| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC. | Case Number: 2:24-CV-03012-DAD-JDP |

Plaintiff(s)

V.

| LAUDANDO & ASSOCIATES LLC |

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Adil A. Shaikh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Carbon Autonomous Robotic Systems Inc.

On 10/25/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/05/2024          Signature of Applicant: /s/ Adil A. Shaikh

**Pro Hac Vice Attorney**

Applicant's Name: Adil A. Shaikh

Law Firm Name: Fish & Richardson P.C.

Address: 1717 Main St., Ste. 5000

City: Dallas   State: TX   Zip: 75201

Phone Number w/Area Code: (214) 747-5070

City and State of Residence: Dallas, TX

Primary E-mail Address: shaikh@fr.com

Secondary E-mail Address: coolidge@fr.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Juanita R. Brooks

Law Firm Name: Fish & Richardson P.C.

Address: 12860 El Camino Real, Ste. 400

City: San Diego   State: CA   Zip: 92130

Phone Number w/Area Code: (858) 678-5070   Bar #: 75934

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 5, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT