

# United States District Court
# Eastern District of California

Carbon Autonomous Robotic Systems, Inc.

Plaintiff(s)

Case Number: 2:24-cv-03012-DAD-JDP

V.

Laudando & Associates LLC

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Chandrika Vira hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Carbon Autonomous Robotic Systems, Inc.

On _____01/10/2014_____ (date), I was admitted to practice and presently in good standing in the _____District of Columbia_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____01/17/2025_____          Signature of Applicant: /s/ Chandrika Vira

**Pro Hac Vice Attorney**

Applicant's Name: Chandrika Vira

Law Firm Name: Sterne, Kessler, Goldstein & Fox PLLC

Address: 1101 K Street NW, 10th Floor

City: Washington, DC     State:     Zip: 20005

Phone Number w/Area Code: (202) 772-8672

City and State of Residence: Alexandria, Virginia

Primary E-mail Address: CVIRA@sternekessler.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Audrey Millemann

Law Firm Name: Weintrab Tobin Chediak Coleman Grodin Law Corporation

Address: 400 Capitol Mall, 11th Floor

City: Sacramento     State: CA     Zip: 95814

Phone Number w/Area Code: (916) 558-6000     Bar # 124954

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 23, 2025

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT