Audrey A. Millemann (SBN 124954)
amillemann@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Phone: (916) 558-6000

Chandrika Vira (*pro hac vice*)
cvira@sternekessler.com
R. Wilson Powers III, Ph.D. (SBN 284533)
tpowers@sternekessler.com
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
Phone: (202) 371-2600

*Attorneys for Plaintiff and Counterclaim-Defendant Carbon Autonomous Robotic Systems Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAUDANDO & ASSOCIATES LLC,<br><br>Defendant. | CASE NO. 2:24-cv-03012-DAD-JDP<br><br>**CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.'S ANSWER TO COUNTERCLAIMS**<br><br>JURY TRIAL DEMANDED |
| LAUDANDO & ASSOCIATES LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.,<br><br>Counterclaim-Defendant. | |

Counterclaim-Defendant Carbon Autonomous Robotic Systems Inc. ("Carbon"), hereby answers Counterclaim-Plaintiff Laudando & Associates LLC's ("L&A") Counterclaims (Dkt. No. 21) filed on January 6, 2025.

With respect to the allegations made in L&A's Counterclaims, upon knowledge with respect to Carbon's own acts, Carbon responds as follows:

## ANSWER TO L&A'S COUNTERCLAIMS[1]

1. Paragraph 1 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits that L&A filed counterclaims against Carbon.

2. Paragraph 2 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits that the Counterclaims seek the relief described in Paragraph 2, but deny that L&A is entitled to such relief.

## THE PARTIES

3. Carbon admits on information and belief that L&A's principal place of business is at 297 Convair Avenue, Suite 4, Chico, California 95973.

4. Admitted.

## JURISDICTION AND VENUE

5. Paragraph 5 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits that the Counterclaims purport to arise under the Federal Declaratory Judgment Act and the Patent Laws of the United States.

6. Paragraph 6 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon does not contest that this Court has subject-matter jurisdiction over this action.

---

[1] The headings here reproduce the headings of L&A's Counterclaims for convenience only. This reproduction should not be construed as an admission of any of the allegations in the counterclaims.

7. Paragraph 7 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon does not contest that this Court has personal jurisdiction over Carbon for the purposes of this action only.

8. Paragraph 8 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon does not contest that venue in this judicial District is appropriate for the purposes of this action only.

**BACKGROUND**

9. Admitted.

10. Paragraph 10 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits that L&A has denied that it infringes or has infringed any Asserted Claim.

11. Paragraph 11 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits that L&A has contested the validity and enforceability of the Asserted Claims.

12. Paragraph 12 of the Counterclaims contains conclusions of law to which no response is required. To the extent a response is required, Carbon admits there is an actual case or controversy between the parties. Carbon denies all remaining allegations in Paragraph 12.

**COUNT I – NON-INFRINGEMENT OF THE ’752 PATENT**

13. Carbon incorporates by reference, as though fully set forth herein, Paragraphs 1 through 12 of this Answer to Counterclaims.

14. Admitted.

15. Denied.

16. Denied.

**COUNT II – INVALIDITY OF THE ’752 PATENT**

17. Carbon incorporates by reference, as though fully set forth herein, Paragraphs 1 through 16 of this Answer to Counterclaims.

18. Admitted.

19. Denied.

**COUNT III – NON-INFRINGEMENT OF THE '547 PATENT**

20. Carbon incorporates by reference, as though fully set forth herein, Paragraphs 1 through 19 of this Answer to Counterclaims.

21. Admitted.

22. Denied.

23. Denied.

**COUNT IV – INVALIDITY OF THE '547 PATENT**

24. Carbon incorporates by reference, as though fully set forth herein, Paragraphs 1 through 23 of this Answer to Counterclaims.

25. Admitted.

26. Denied.

**RESPONSE TO DEMAND FOR JURY TRIAL**

Carbon likewise demands a jury trial with respect to all issues so triable that are raised in the Counterclaims.

**RESPONSE TO PRAYER FOR RELIEF**

Carbon denies that L&A is entitled to any of the requested relief or any other relief against Carbon. Carbon requests that the Court enter judgment in Carbon's favor as to all Counts of L&A's Counterclaims.

Dated: January 27, 2025

Respectfully Submitted,

/s/ Audrey A. Millemann
Audrey A. Millemann (SBN 124954)
amillemann@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Phone: (916) 558-6000

Chandrika Vira (*pro hac vice*)
cvira@sternekessler.com
R. Wilson Powers III, Ph.D. (SBN 284533)
tpowers@sternekessler.com
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
Phone: (202) 371-2600

*Attorneys for Plaintiff and Counterclaim-Defendant Carbon Autonomous Robotic Systems Inc.*