UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> LAUDANDO & ASSOCIATES LLC, <br><br> Defendant. <br><br><br> LAUDANDO & ASSOCIATES LLC, <br><br> Counter Claimant, <br><br> v. <br><br> CARBON AUTONOMOUS ROBOTIC SYSTEMS INC., <br><br> Counter Defendant. | No. 2:24-cv-03012-DAD-JDP <br><br> ORDER CLARIFYING REQUIREMENTS OF THE SCHEDULING ORDER AND GRANTING PLAINTIFF'S OBJECTIONS IN PART |

On March 12, 2025, plaintiff filed objections to the court's scheduling order. (Doc. No. 38.) Good cause appearing, and consistent with the undersigned's case scheduling practices, the court grants plaintiff's request as to part III of its objections to alter the deadline for amendment of pleadings as stipulated by the parties. Accordingly, the deadline to add parties or amend the

1

pleadings in this case will be SET as April 13, 2026.  All other dates established in the February 26, 2025 scheduling order will remain unchanged at this time.

In addition, within fourteen (14) days of the entry of this order, defendant and counter-plaintiff Laudando & Associates LLC shall file a response addressing parts I and II of plaintiff's objections and clarifying its position in this regard.

IT IS SO ORDERED.

Dated:  **March 13, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2