Chandrika Vira (*pro hac vice*)
cvira@sternekessler.com
R. Wilson Powers III, Ph.D. (SBN 284533)
tpowers@sternekessler.com
Richard A. Crudo (*pro hac vice*)
rcrudo@sternekessler.com
Steven M. Pappas (*pro hac vice*)
spappas@sternekessler.com
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
Phone: (202) 371-2600

Audrey A. Millemann (SBN 124954)
amillemann@weintraub.com
**WEINTRAUB TOBIN**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Phone: (916) 558-6000

*Attorneys for Plaintiff and Counter-Defendant*
*Carbon Autonomous Robotic Systems Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAUDANDO & ASSOCIATES LLC,<br><br>Defendant. | CASE NO. 2:24-cv-03012-DAD-JDP<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |
| LAUDANDO & ASSOCIATES LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.,<br><br>Counterclaim-Defendant. | |

## INTRODUCTION

1. Plaintiff Carbon Autonomous Robotic Systems Inc. ("Carbon") brings this case to protect its revolutionary new products, which allow farmers around the world to eliminate weeds from their crops efficiently and completely without harmful chemicals—by shooting them with lasers—and thus provide clean, untainted, healthy food to humanity.

2. Carbon was founded in 2018 by Mr. Paul Mikesell. After having successfully launched and sold several high-tech companies in the distributed computing and data storage industry, Mr. Mikesell looked to apply his experience in robotics, AI/deep learning, computer vision, and optics to other industries. He quickly identified a critical gap in the rate at which technological innovations were reaching the agricultural sector, particularly those that could significantly improve productivity and reduce manual labor, while at the same time eliminating the need to treat crops with harmful chemicals or otherwise damage crops through the ancient process of pulling weeds manually. Mr. Mikesell also recognized that solving these problems would not only make the food we eat (and that is fed to the livestock we eat) healthier, but also make agricultural production more efficient, ensuring that humanity has enough to eat while the global population explodes. So, he set to work.

3. The result was Carbon's commercial LaserWeeder™ product, which uses numerous pioneering techniques to identify, weed, and thin vegetable crops using lasers with millimeter accuracy. Carbon's revolutionary LaserWeeder product is the first commercially successful product to use AI-powered robotics—specifically the combination of computer vision, AI/deep learning, and robotics—to target and shoot weeds and other unwanted plants with lasers. As such, Carbon's technology eliminates (1) the need to use herbicides and other dangerous chemicals in traditional farming, (2) unnecessary tilling for regenerative farming, and (3) the need for weeding crews, among other benefits.

4. The Carbon LaserWeeder technology uses sophisticated AI/deep learning technology—trained on over 8 million (and counting) labeled crop and weed image objects—that

delineate between individual weeds and crops in order to eliminate only the weeds (or other unwanted plants, for purposes of thinning), all in real-time onboard a moving platform. Carbon's initial LaserWeeder product was launched in 2022—after several years of intensive research and development—and has been used by farmers throughout the United States, Europe, Canada, and Australia.

5. Carbon's innovations are protected by a robust family of patents and patent applications, including the patents asserted in this case.

6. Defendant Laudando & Associates LLC ("L&A") is a Carbon competitor based in Chico, California, which has been making, using, and offering to sell (and potentially selling) laser-weeding products that infringe Carbon's patents. As such, Carbon brings this case to stop these infringing activities and to set the record straight about which company is responsible for the coming revolution in agricultural crop management and the associated efficient production of healthy, safe food for the entire world.

## NATURE OF THE ACTION

7. This action is an action for patent infringement under 35 U.S.C. § 1 *et seq*. whereupon Carbon alleges that L&A infringes United States Patent Nos. 12,108,752 ("the '752 Patent"), 12,127,547 ("the '547 Patent"), 12,219,948 ("the '948 Patent"), and 12,240,372 ("the '372 Patent") (collectively, the "Patents-in-Suit"). True and correct copies of the Patents-in-Suit are attached as **Exhibits A-D**, respectively.

## THE PARTIES

8. Carbon is a Delaware corporation with its principal place of business at 807 Aurora Ave N., Seattle WA 98109.

9. L&A is a California corporation with its principal place of business at 297 Convair Ave., Ste. 4, Chico, CA 95973.

## JURISDICTION AND VENUE

10. This action arises under the Patent Law of the United States, 35 U.S.C. § 1 *et seq.*,

including §§ 271, 281, 283, 284, and 285.

11. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

12. L&A is subject to this Court's personal jurisdiction as it was established and exists as a California corporation under the laws of the State of California.

13. L&A makes, uses, offers to sell (and potentially sells) one or more laser-based weeder and thinner solutions, including, but not limited to, L&A's L&Aser Module and AgCeption software for use in different configurations, some of which need to be operated with a tractor, for example a Carrot Implement, a High Density Implement, and a L&Aser Robot, including all associated hardware and software components ("the Accused Products") in the State of California.

14. For example, a video posted by L&A on YouTube shows the Accused Products in operation at L&A's "R&D plot in Chico, CA." A true and correct copy of a screenshot of the YouTube video and its description (https://www.youtube.com/watch?v=lhLTZzoQgJ0) is attached as **Exhibit E**.

15. Venue is proper in this Court under 28 U.S.C. §§ 1391(b), (c), and (d), as well as 28 U.S.C. § 1400(b), because, on information and belief, L&A has committed acts within this district giving rise to this action and does business in this district (including using, selling, offering for sale, and providing service and support for its customers) where it maintains a regular and established place of business.

## FACTS

### A. Carbon, the Asserted Patents, and Carbon's LaserWeeder Products

16. The '752 patent, titled "Autonomous Laser Weed Eradication," was duly and legally issued by the United States Patent and Trademark Office on October 8, 2024. Each and every claim of the '752 Patent is valid and enforceable. A true and correct copy of the '752 Patent is attached as **Exhibit A**.

17. Carbon is the assignee and owner of all right, title, and interest in and to the '752

Patent and possesses the exclusive right of recovery for past, present, and future infringement.

18. The ’547 patent, titled “Autonomous Laser Weed Eradication,” was duly and legally issued by the United States Patent and Trademark Office on October 29, 2024. Each and every claim of the ’547 Patent is valid and enforceable. A true and correct copy of the ’547 Patent is attached as **Exhibit B**.

19. Carbon is the assignee and owner of all right, title, and interest in and to the ’547 Patent and possesses the exclusive right of recovery for past, present, and future infringement.

20. The ’948 Patent, titled “Autonomous Laser Weed Eradication,” was duly and legally issued by the United States Patent and Trademark Office on February 11, 2025. Each and every claim of the ’948 Patent is valid and enforceable. A true and correct copy of the ’948 Patent is attached as **Exhibit C**.

21. Carbon is the assignee and owner of all right, title, and interest in and to the ’948 Patent and possesses the exclusive right of recovery for past, present, and future infringement.

22. The ’372 Patent, titled “High Intensity Illumination Systems and Methods of Use Thereof,” was duly and legally issued by the United States Patent and Trademark Office on March 4, 2025. Each and every claim of the ’372 Patent is valid and enforceable. A true and correct copy of the ’372 Patent is attached as **Exhibit D**.

23. Carbon is the assignee and owner of all right, title, and interest in and to the ’372 Patent and possesses the exclusive right of recovery for past, present, and future infringement.

24. Carbon spent several years of intensive research and development to invent a laser-based weeding and thinning solution for farmers. In February 2022, Carbon launched the first commercially viable laser-based weeding solution for farmers, the LaserWeeder G1 product. In January 2025, Carbon launched the second version of its product, the LaserWeeder G2 product. Each LaserWeeder product is made with high-quality components that prioritize the efficacy and safety of its products. As the first to market a laser-based weeding product, Carbon created the market, and it has continued to invest significant resources and time in developing this nascent

market.

**B. L&A and its Infringing Products**

25. On information and belief, L&A is a California agriculture technology development firm. *See* **Exhibits F** and **G**. L&A's products include the Accused Products, that is, L&A's L&Aser Module and AgCeption software, for use in different configurations, some of which need to be operated with a tractor, for example a Carrot Implement, a High Density Implement, and a L&Aser Robot, including all associated hardware and software components. *See* **Exhibits H** and **I**.

26. In a recent interview on October 22, 2024, L&A's founder and President, Mr. Christopher Laudando, discussed L&A's strategic plans, emphasizing the Accused Products as their first product set for market release. *See* https://podcasts.apple.com/us/podcast/374-contrarian-thinking-in-agtech-robotics-with-chris/id1344108573?i=1000673997343 at 13:24–13:55 ("You know without giving too much away, we're looking at deploying the L&Aser internationally before we deploy it commercially here in the states. . . . It's important strategically to get ahead of the proof of principle technology that's out there."). On information and belief, L&A has provided offers for sale and sold the Accused Products in the United States as evidenced by L&A's March 24,2025 LinkedIn post referencing "upcoming laser weeder deployments to Australia, *the Midwest & Eastern US*, and Canada." **Exhibit J** (emphasis added).

27. L&A first announced that it had developed the Accused Products at the FIRA Robotics & Autonomous Farming Solutions Conference in Salinas, California on September 19, 2023. *See* **Exhibits K**, **L**, and **M**; *see also* **Exhibit N**.

28. L&A described its products as the "first purpose-built laser for weeding & thinning crops":




*See* **Exhibit I**. But L&A's products are not the first of such products. Carbon's LaserWeeder products are.

29. On information and belief, the Accused Products practice or embody one or more aspects of the subject matter disclosed or claimed in L&A's U.S. Patent Application No. 18/457,151 ("the '151 application"), which published as U.S. Publication No. 2023/0397597 ("the '597 publication"). A true and correct copy of the '597 publication is attached as **Exhibit O**. That document describes L&A's "methods and apparatuses for targeting and damaging plants." **Exhibit O** at [0002]. L&A routinely promotes the Accused Products as being patent-pending. *See* **Exhibit H** ("Our New Patent-Pending L&Aser™ Module").

30. The '151 application was filed on August 28, 2023, *after* the effective filing date of the Patents-in-Suit, making clear that Carbon's innovative technology came first.

31. On information and belief, the '151 application is L&A's only published patent application. On information and belief, L&A has no issued patents.

32. On information and belief, L&A is offering for sale or selling the accused L&Aser Module for $15,000. *See* **Exhibit P**. On information and belief, in addition to offering for sale the accused L&Aser Module, L&A offers for sale "implement/robot integrations" for "Cost + 50%[.]" **Exhibit Q.**

33. L&A knew about Carbon's innovative technology and patents, and continues to have knowledge of Carbon's improvements to the same. L&A and Mr. Laudando have repeatedly mentioned Carbon, its technology, its patents, and this lawsuit on their LinkedIn pages:

Christopher Laudando • 3rd+
Advancing Agriculture Automation
Visit my website
8mo • 🌐

+ Follow

This is all that matters.

Genetic modification lowers yield & nutrient content. Herbicide shocks the plant and lowers yield. Disrupting feeder roots shocks the plant and lowers yield. If we treated our children like we treat our young crops, it would be tantamount to child abuse.

I'm not interested in debating the disingenuous "cHeMiStRy iS gOoD!" crowd. I'm not interested in arguing whether or not crony bureaucrats at the EPA are right or wrong. I'm interested in helping farmers grow healthy food for humanity, ***profitably***. And there is very obviously more profit for farmers that achieve top & bottom-line improvement abandoning the "old way" and adopting a "new way". That new way is lasers.

But incumbent agriculture would rather we continue the old way. So instead of doing right by farmers, they slander those that would dare question their precious recurring revenue scheme, labeling guys like me as "anti-farmer". And they have the audacity to do this while holding farmers and humanity hostage to a system that very obviously isn't the best we can do. I want to help farmers take billions back from incumbent agriculture. And a consequence of this will be healthier food for humanity.

Good job, Paul Mikesell. We may not agree on wavelength, but we're on the same team.

#agtech #laserweeding #laserweeder #herbicide #foodasmedicine



Christopher Laudando • 3rd+
Advancing Agriculture Automation
Visit my website
6mo • 🌐

+ Follow

I wonder who would pay DLA Piper for a third-party submission to Laudando & Associates LLC's laser weeding patent? Who on earth would want to try to prevent or delay us from obtaining patent protection on account of the fact it could harm their own market position and upset NVIDIA?

Whoever paid for this is scared of my tiny unfunded company. So much so that their fancy lawyers needed to combine 6 separate publications together in the most dubious fashion in an attempt to turn the patent examiner against us. I'm flattered.

PS - Does anyone know who this Mikesell character is?

#agtech #laserweeder #laserweeding #patentpending #artofwar

| | |
|---|---|
| Application No.: 18/457,151 | Examiner: DOCKET CENTRAL |
| Filed: August 28, 2023 | Art Unit: OPAP |
| For: CULTIVATING METHODS AND APPARATUSES | CONCISE DESCRIPTION OF RELEVANCE AS PART OF A THIRD-PARTY SUBMISSION UNDER 37 C.F.R. 1.290 AND 35 U.S.C. 122(E) |
| Customer No.: 26530 | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

In accordance with 37 C.F.R. 1.290, a third party submits the following factual description of the relevance of the following references to claims 1-20 of the present application (U.S. Patent Application No. 18/457,151 with an earliest possible priority date of February 26, 2021).

**The following prior art is referenced herein:**

1. U.S. Application No. 17/022,483 (Publication No. US 2021/0076662 A1), hereinafter "Mikesell '483," having an effective filing date of September 17, 2019, before the effective date of the subject application, U.S. Application No. 18/457,151.

*See* **Exhibits R** and **S**, respectively.

34. In fact, Mr. Laudando, in a comment to his September 19, 2024 LinkedIn post (**Exhibit S**) admitted that "Carbon was the first to slap commercially available lasers onto a massive toolbar to weed crops and achieve some scale":




*See* **Exhibit S** at 3 (annotation added).

35. On information and belief, L&A considers Carbon to be a competitor of L&A. For example, Mr. Laudando posted a LinkedIn poll on March 3, 2025 asking farmers to vote on what they would like to see in a head-to-head demonstration between Carbon and L&A. *See* **Exhibit T**. Mr. Laudando included as one of the head-to-head poll options, "No; think of the investors[.]" **Exhibit T**. This LinkedIn post as of March 18, 2025 had 38 votes and 2 reposts.




**Exhibit T**.

## COUNT I – INFRINGEMENT OF THE '752 PATENT

36. Carbon incorporates herein by reference the allegations found in Paragraphs 1–35, above.

37. L&A has been and is now directly infringing the '752 Patent in violation of 35 U.S.C. § 271(a) at least by making, using, selling, offering for sale, and/or importing into the United States, the Accused Products, which practice one or more claims of the '752 Patent, including at least

claim 1.

38. Claim 1 of the '752 Patent recites (brackets added):

> [1.pre] A targeting system for autonomous weed eradication comprising:
>
> [1.a] a first camera configured to image a surface;
>
> [1.b] an emitter configured to emit a beam toward the surface; and
>
> [1.c] a computing system in communication with the first camera and the emitter, the computing system capable of performing operations comprising:
>
> [1.d] receiving, from the first camera, an image of the surface, the image comprising a weed on the surface,
>
> [1.e] identifying a region in the image that includes the weed,
>
> [1.f] determining a target location of the weed based on the identified region in the image,
>
> [1.g] aligning an optical path of the beam based on the target location of the weed, and
>
> [1.h] causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed,
>
> [1.i] wherein emitting the beam towards the weed kills or damages the weed.

39. L&A has committed infringing acts without authorization, consent, permission, or a license from Carbon.

40. On information and belief, L&A has been and is now infringing the '752 Patent in violation of 35 U.S.C. § 271(b) at least by inducing its customers to purchase the Accused Products and/or by instructing, encouraging, implementing, and/or directing others how to use the Accused Products in ways that directly infringe the '752 Patent, including claim 1, through its educational and promotional materials, support activities, as well as its service and consulting activities.

41. On information and belief, L&A also has been and is now infringing the '752 Patent

in violation of 35 U.S.C. § 271(c) at least by offering for sale, selling, and/or importing a component of the Accused Products, which L&A knows are made or especially adapted for use in an infringement of the ’752 Patent, including infringement of claim 1, and have no substantial non-infringing use.

42. L&A’s infringement is either literal or under the doctrine of equivalents.

43. L&A will continue to infringe the ’752 Patent, causing irreparable harm to Carbon for which there is no adequate remedy at law unless enjoined by this Court. L&A’s infringement has caused and continues to cause irreparable harm to Carbon in the form of loss of business opportunities, lost sales, loss of market share, loss of goodwill, and the loss of Carbon’s exclusive right to practice its inventions.

44. As a result of L&A’s infringement of the ’752 Patent, Carbon has suffered and is owed no less than a reasonable royalty under 35 U.S.C. § 284 as a remedy.

45. The Accused Products provide a targeting system for autonomous weed eradication, in a manner that satisfies element [1.pre] of the ’752 Patent. For example, L&A describes its L&Aser products as a “purpose-built laser for weeding & thinning crops.” **Exhibit H**. By way of further example, L&A’s website shows photographs of L&A’s targeting system for autonomous weed eradication:



*See* **Exhibit H**. The L&A website also includes the following depictions of L&Aser embodiments:




**Exhibit H**.

46. By way of further example, L&A's LinkedIn page explains that it has built "a laser specifically designed for weeding crops" and can cover "1/6th the width of other laser weeding tech":







**Exhibits U** and **V**, respectively.

47. The Accused Products provide a first camera configured to image a surface, in a manner that satisfies element [1.a] of the '752 Patent. For example, L&A's L&Aser products marketing flyer discloses a first camera configured to image a surface:



*See* **Exhibit I**.

48. The flyer shows that the Accused Products include a "2.35 MP RGB 8mm @ 126 FPS" imaging component that corresponds to the first camera configured to image a surface.

**Specifications**

| | |
|---|---|
| **Compute** | NVIDIA Jetson Orin AGX 32Gb |
| **Module Status Display** | 240 x 280 Full-Color |
| **USB** | 1x USB 3.0 |
| **Networking/Multi-Module Link** | 2x Gigabit Ethernet (10/100/1000) |
| **Wireless Connectivity** | 2.4gHz Wifi, Bluetooth 5.0 |
| **Local Storage** | 1x NVMe M.2 Key M Slots |
| **M12 Multi-Use Port** | 1*CAN,1*RS232, 1*RS485, 2*I2C, 2*UART, 2*GPIO, 2*SPI |
| **Input Power** | 48VDC @ 19A |
| **Operating Temperature** | -25°C to 65°C |
| **Toolbar/Robot Mounting** | Flange Mount w/4X M10 pin holes |
| **IP Rating** | IP65 |
| **Weight** | 55lbs |
| **3D Depth Mapping** | 160 x 60 ToF @ 50FPS |
| **Imaging** | 2.35MP RGB 8mm @ 126FPS |
| **Lighting** | External Lighting Trigger via M12 |
| **Laser Working Area** | 14" x 15.5" |
| **Laser Power Output** | 235W |
| **Integrated Safety** | Key Switch Disconnect, Optical Shutter Failsafe, Dedicated Safety Circuit & Controller |
| **Cooling** | 500W/Module Required (External). Integrated liquid Cooling Loop w/10mm (3/8")<br>1X Female/1X Male Quick Disconnects |

*See* **Exhibit I**.

49. By way of further example, the '597 publication explains that the Accused Products include "a target sensor 262 (one example of a detector 120, which may be *a camera, such as a RGB camera*)." **Exhibit O** at [0099] (emphasis added). That document states that the "target sensor . . . includes object/target detection and tracking, gathers information (for example, *image*

*information*) from its field of view." **Exhibit O** at [0099] (emphasis added). It further explains that the "[t]ypical target sensors 262 *are cameras* that output image information in frames, typically at a frame rate that is from 15 to 30 frames per second (fps)." **Exhibit O** at [0100] (emphasis added).

50. The Accused Products include an emitter configured to emit a beam toward the surface, in a manner that satisfies element [1.b] of the '752 Patent. For example, L&A's L&Aser products marketing flyer describes a laser source, driver, and scanner that correspond to the emitter that is configured to emit a beam toward the surface.

**Proprietary Hardware**

| | |
|---|---|
| **Laser Source** | Proprietary L&Aser™ Cube w/Integrated Optics (Diode Type, 4XXnm Blue) |
| **Laser Driver** | Proprietary L&Aser™ Pulsed Current Controlled, High Voltage (100V) Laser Driver |
| **Laser Scanner** | Proprietary L&Aser™ High Moments of Inertia Scanning Galvanometer |
| **Scanner Driver** | Proprietary L&Aser™ High Frequency Closed-Loop Controller (1kHz Command, >50kHz PID, <35ms Settling Time) |

Patent Pending

*See* **Exhibit I**.

51. By way of further example, L&A's YouTube page videos show examples of its emitter configured to emit a beam towards the surface:

- https://www.youtube.com/watch?v=FZD0-sKT-1o;
- https://www.youtube.com/watch?v=6FQ1w0dsFQY
- https://www.youtube.com/watch?v=2DzehwoQk-A
(showing the L&Aser products emitting a beam towards a surface).

52. By way of further example, the '597 publication explains that "one or more" "stressors may be produced by one or more *energy emitters*." **Exhibit O** at [0008] (emphasis added). The "one or more energy emitters" include "high intensity light, high brightness light, laser light, laser radiation, energy beams that may include high and low intensity regions, heat." **Exhibit O** at [0009]. The one or more "energy emitters," include "for example, a laser 130C." **Exhibit O** at [0058].

53. The Accused Products provide a computing system in communication with the first

camera and the emitter, in a manner that satisfies element [1.c] of the ’752 Patent. For example, L&A’s L&Aser products marketing flyer shows that it uses a NVIDIA Jetson Orin AGX 32Gb processor for its computer. **Exhibit I**.

54. As another example, the ’597 publication explains that the “[t]arget tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected to one another.” **Exhibit O** at [0099]. The “processor 264” (computing system) is in communication with the “target sensor 262” and the “light directing system 230.” **Exhibit O** at [0099]. It “outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets.” **Exhibit O** at [0099].

55. The Accused Products are capable of performing the operation of receiving, from the first camera, an image of the surface, the image comprising a weed on the surface, in a manner that satisfies element [1.d] of the ’752 Patent. For example, L&A’s LinkedIn page post shows the Accused Products receiving images of the surface, where the images comprise of a weed on the surface:




*See* **Exhibit W**.

56. By way of further example, the '597 publication explains that the "target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view, which may be larger than the target field 290, and outputs information to the processor 264." **Exhibit O** at [0099]. The "target tracking system" is "configured to identify and track the target biological material." **Exhibit O** at [0200].

57. The Accused Products are capable of performing the operation of identifying a region in the image that includes the weed, in a manner that satisfies element [1.e] of the '752 Patent. For example, L&A's YouTube page's video demonstrates the Accused Products identifying a region of the image that includes the weed:




*See* https://www.youtube.com/watch?v=fDNzB2ZNIVY at 00:53.

58. By way of further example, the '597 publication explains that the "target tracking system configured to identify and track the target biological material." **Exhibit O** at [0200]. It further explains that the identified region may be "an area (or zone)" or "a point." **Exhibit O** at [0105].

59. The Accused Products are capable of performing the operation of determining a target location of the weed based on the identified region in the image, in a manner that and

satisfies element [1.f] of the '752 Patent. For example, L&A's YouTube page's video demonstrates determining a target location of the weed based on the identified region in the image:




*See* https://www.youtube.com/watch?v=fDNzB2ZNIVY at 00:53.

60. By way of further example, the '597 publication explains that a "target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view." **Exhibit O** at [0099]. The "location of a target plant 293 may be determined by a target plant detector" as "an area (or zone)" or "the stem as viewed from the cultivator 200 or a point." **Exhibit O** at [0105].

61. The Accused Products are capable of performing the operation of aligning an optical path of the beam based on the target location of the weed, and causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed, in a manner that satisfies element [1.g] of the '752 Patent. For example, L&A's YouTube page's video demonstrates causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed:



*See* https://www.youtube.com/watch?v=FZD0-sKT-1o at 00:13-1:28.




*See* https://www.youtube.com/watch?v=zYuRb0wHkoI.

62. As another example, L&A's LinkedIn page provides an image of the L&Aser products where two galvo mirrors are shown that direct the optical path of the laser to the weed.




**Exhibit X** (annotations added).

63. By way of further example, the ’597 publication explains that the system includes “one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant.” **Exhibit O** at [0008].

64. The Accused Products are capable of performing the operation of emitting the beam towards the weed, which kills or damages the weed, in a manner that satisfies element [1.h] of the ’752 Patent. For example, L&A’s YouTube page’s video demonstrates emitting a beam towards a weed, killing or damaging the weed.



*See* https://www.youtube.com/watch?v=2DzehwoQk-A at 00:05–00:12. In addition, the same YouTube video description explains that the system "completely eliminates the weed" by targeting the beam at the meristem.




*See* https://www.youtube.com/watch?v=2DzehwoQk-A.

65. By way of further example, the '597 publication explains that the "aiming device aims the energy emanating from the energy generator 130 at a leaf of an undesirable plant and in some embodiments the aiming device aims the energy emanating from the energy generator 130 at the stem (and/or the terminal bud) of an undesirable plant." **Exhibit O** at [0053]. The "one or more light sources (laser diodes 212) generate wavelengths in ranges intended to damage biological material (for example, plants) as described above." **Exhibit O** at [0071].

66. Accordingly, the Accused Products infringe at least claim 1 of the '752 Patent.

67. Additionally, on information and belief L&A has been aware of the '752 Patent since it issued and continues to infringe, making L&A's infringement willful.

**COUNT II – INFRINGEMENT OF THE ’547 PATENT**

68. Carbon incorporates herein by reference the allegations found in Paragraphs 1–67, above.

69. On information and belief, L&A has been and is now directly infringing the ’547 Patent in violation of 35 U.S.C. § 271(a) at least by making, using, selling, offering or sale, and/or importing into the United States, the Accused Products, which practice one or more claims of the ’547 Patent, including at least claim 1.

70. Claim 1 of the ’547 Patent recites (brackets added):

> [1.pre] A targeting system for autonomous weed eradication comprising:
>
> [1.a] a first camera configured to image a surface;
>
> [1.b] an emitter configured to emit a beam toward the surface;
>
> [1.c] an actuator configured to direct an optical path of the beam; and
>
> [1.d] a computing system in communication with the first camera and the emitter, the computing system capable of performing operations comprising:
>
> [1.e] receiving, from the first camera, a first image of the surface, the first image comprising a weed on the surface,
>
> [1.f] identifying a region in the first image that includes the weed,
>
> [1.g] determining a target location of the weed on the surface based on the identified region in the first image,
>
> [1.h] aligning the optical path of the beam based on the target location of the weed by adjusting a position of the actuator,
>
> [1.i] correcting the target location based on a motion of the first camera relative to the surface,
>
> [1.j] causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed, and
>
> [1.k] causing the emitter to deactivate the beam after a length of time sufficient to damage or kill the weed.

71. L&A has committed infringing acts without authorization, consent, permission or a license from Carbon.

72. On information and belief, L&A has been and is now infringing the '547 Patent in violation of 35 U.S.C. § 271(b) at least by inducing its customers to purchase the Accused Products and/or by instructing, encouraging, implementing, and/or directing others how to use the Accused Products in ways that directly infringe the '547 Patent, including claim 1, through its educational and promotional materials, support activities, as well as its service and consulting activities.

73. On information and belief, L&A also has been and is now infringing the '547 Patent in violation of 35 U.S.C. § 271(c) at least by offering for sale, selling, and/or importing a component of the Accused Products, which L&A knows are made or especially adapted for use in an infringement of the '547 Patent, including infringement of claim 1, and have no substantial non-infringing use.

74. L&A's infringement is either literal or under the doctrine of equivalents.

75. L&A will continue to infringe the '547 Patent, causing irreparable harm to Carbon for which there is no adequate remedy at law unless enjoined by this Court. L&A's infringement has caused and continues to cause irreparable harm to Carbon in the form of loss of business opportunities, lost sales, loss of market share, loss of goodwill and the loss of Carbon's exclusive right to practice its inventions.

76. As a result of L&A's infringement of the '547 Patent, Carbon has suffered and is owed no less than a reasonable royalty under 35 U.S.C. § 284 as a remedy.

77. On information and belief, the Accused Products provide a targeting system for autonomous weed eradication, in a manner that satisfies element [1.pre] of the '547 Patent. For example, L&A describes its L&Aser products as the "first purpose-built laser for weeding & thinning crops." **Exhibit H**. Further evidence concerning this element can be seen in Paragraphs 45–46, above.

78. The Accused Products provide a first camera configured to image a surface, in a

manner that satisfies element [1.a] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 47–49, above.

79. The Accused Products provide an emitter configured to emit a beam toward the surface, in a manner that satisfies element [1.b] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 50–52, above.

80. The Accused Products provide a computing system in communication with the first camera and the emitter, the computing system, in a manner that satisfies element [1.c] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 53–54, above.

81. The Accused Products are configured to perform the operation of receiving, from the first camera, a first image of the surface, the first image comprising a weed on the surface, in a manner that satisfies element [1.d] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 55–56, above.

82. The Accused Products are configured to perform the operation of identifying a region in the first image that includes the weed, in a manner that satisfies element [1.e] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 57–58, above.

83. The Accused Products are configured to perform the operation of projecting a target location of the weed on the surface based on the identified region in the first image, in a manner that satisfies element [1.f] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 59–60, above.

84. The Accused Products are configured to perform the operation of aligning an optical path of the emitter with the projected target location of the weed, in a manner that satisfies element [1.g] of the ’547 Patent. Further evidence concerning this element can be seen in Paragraphs 61–63, above.

85. The Accused Products are configured to perform the operation of correcting the target location based on a motion of the first camera relative to the surface, in a manner that satisfies element [1.h] of the ’547 Patent. For example, the ’597 publication explains that L&A’s

system 15 may "*predict where a target will be* between frames when there is no target location information being supplied, which allows for use of target sensors with slower frame rates. **Exhibit O** at [0100] (italic emphasis added). "To predict where the target will be in between frames of the target sensor 262, embodiments utilize target velocity sensors to track the speed of the targets and/or the speed of the ground as the cultivator 200 moves." **Exhibit O** at [0100].The document further describes the use of optical "tracking systems (similar to how an optical mouse for a computer tracks motion) to determine ground speed, while further embodiments utilize a wheel placed on the ground, while still further embodiments utilize navigational aids such as the Global Positioning System (GPS)." **Exhibit O** at [0100]

86. The Accused Products are configured to perform the operation of causing the emitter to emit the beam toward the weed when the optical path is aligned with the weed, in a manner that satisfies element [1.i] of the '547 Patent. Further evidence concerning this element can be seen in Paragraphs 64–65, above.

87. Accordingly, the Accused Products infringe at least claim 1 of the '547 Patent.

**<u>COUNT III – INFRINGEMENT OF THE '948 PATENT</u>**

88. Carbon incorporates herein by reference the allegations found in Paragraphs 1–87, above.

89. On information and belief, L&A has been and is now directly infringing the '948 Patent in violation of 35 U.S.C. § 271(a) at least by making, using, selling, offering or sale, and/or importing into the United States the Accused Products, which practice one or more claims of the '948 Patent, including at least claim 1.

90. Claim 1 of the '948 Patent recites (brackets added):

> [1.pre] A system for damaging or killing weeds, the system comprising:
>
> [1.a] a camera configured to capture images of plants in a field;
>
> [1.b] a light source configured to emit a light beam with a wavelength within a range from 300 nm to 100 µm;

> [1.c] a control system comprising:
>
> [1.d] a first actuator and a first mirror for directing a path of the light beam;
>
> [1.e] a second actuator and a second mirror for directing the path of the light beam,
>
> [1.f] wherein the control system is configured to direct the path of the light beam towards a target using the first and second mirrors;
>
> [1.g] a housing configured to at least partially enclose the light source and the control system;
>
> [1.h] a computing system; and
>
> [1.i] a frame configured to move over the field, wherein the camera, the housing, the light source, the control system, and the computing system are supported, directly or indirectly, by the frame,
>
> [1.j] wherein the computing system is configured to perform operations comprising:
>
> [1.k] receiving an image of at least one plant in the field captured by the camera at a first time,
>
> [1.l] detecting a weed in the image of the at least one plant, wherein the detecting is performed using a neural network configured to differentiate between a weed and a crop,
>
> [1.m] predicting a target location of the weed in the field at a second time later than the first time, wherein the predicted target location accounts for motion of the camera relative to the weed during an elapsed time between the first time and the second time,
>
> [1.n] causing one or both of the first or second actuators to control one or both of the first or second mirrors to direct the path of the light beam toward the predicted target location of the weed in the field,
>
> [1.o] causing the light source to emit the light beam along the path towards the predicted target location of the weed, and
>
> [1.p] causing the light source to continue emitting the light beam for a length of time sufficient to damage or kill the weed.

91. L&A has committed infringing acts without authorization, consent, permission, or a license from Carbon.

92. On information and belief, L&A has been and is now infringing the '948 Patent in violation of 35 U.S.C. § 271(b) at least by inducing its customers to purchase the Accused Products and/or by instructing, encouraging, implementing, and/or directing others how to use the Accused Products in ways that directly infringe the '948 Patent, including claim 1, through its educational and promotional materials, support activities, as well as its service and consulting activities.

93. On information and belief, L&A also has been and is now infringing the '948 Patent in violation of 35 U.S.C. § 271(c) at least by offering for sale, selling, and/or importing a component of the Accused Products, which L&A knows are made or especially adapted for use in an infringement of the '948 Patent, including infringement of claim 1, and have no substantial non-infringing use.

94. L&A's infringement is either literal or under the doctrine of equivalents.

95. L&A will continue to infringe the '948 Patent, causing irreparable harm to Carbon for which there is no adequate remedy at law unless enjoined by this Court. L&A's infringement has caused and continues to cause irreparable harm to Carbon in the form of loss of business opportunities, lost sales, loss of market share, loss of goodwill, and the loss of Carbon's exclusive right to practice its inventions.

96. As a result of L&A's infringement of the '948 Patent, Carbon has suffered and is owed no less than a reasonable royalty under 35 U.S.C. § 284 as a remedy.

97. The Accused Products provide a system for damaging or killing weeds, in a manner that satisfies element [1.pre] of the '948 Patent. For example, L&A describes its L&Aser products as the "first purpose-built laser for weeding & thinning crops." **Exhibit H**.

98. By way of further example, L&A's website shows photographs of L&A's targeting system for autonomous weed eradication:



*See* **Exhibit H.** The L&A website also includes the following depictions of L&Aser embodiments:




**Exhibit H**.

99. By way of further example, L&A's LinkedIn page explains that L&A has built "a laser specifically designed for weeding crops" and can cover "1/6th the width of other laser weeding tech[.]"







**Exhibits U** and **V**, respectively.

100. The Accused Products provide a camera configured to capture images of plants in a field, in a manner that satisfies element [1.a] of the ’948 Patent. For example, L&A’s LinkedIn page shows the camera view of the L&Aser products imaging plants in a field:



**Exhibit Y**.

101. By way of further example, L&A’s L&Aser products marketing flyer discloses a camera configured to capture images of plants.

102. The flyer shows that the Accused Products include a “2.35 MP RGB 8mm @ 126 FPS” camera that corresponds to the claimed camera configured to capture images of plants in a

field:

| Specifications | |
|---|---|
| Compute | NVIDIA Jetson Orin AGX 32Gb |
| Module Status Display | 240 x 280 Full-Color |
| USB | 1x USB 3.0 |
| Networking/Multi-Module Link | 2x Gigabit Ethernet (10/100/1000) |
| Wireless Connectivity | 2.4gHz Wifi, Bluetooth 5.0 |
| Local Storage | 1x NVMe M.2 Key M Slots |
| M12 Multi-Use Port | 1*CAN,1*RS232, 1*RS485, 2*I2C, 2*UART, 2*GPIO, 2*SPI |
| Input Power | 48VDC @ 19A |
| Operating Temperature | -25°C to 65°C |
| Toolbar/Robot Mounting | Flange Mount w/4X M10 pin holes |
| IP Rating | IP65 |
| Weight | 55lbs |
| 3D Depth Mapping | 160 x 60 ToF @ 50FPS |
| Imaging | 2.35MP RGB 8mm @ 126FPS |
| Lighting | External Lighting Trigger via M12 |
| Laser Working Area | 14" x 15.5" |
| Laser Power Output | 235W |
| Integrated Safety | Key Switch Disconnect, Optical Shutter Failsafe, Dedicated Safety Circuit & Controller |
| Cooling | 500W/Module Required (External), Integrated liquid Cooling Loop w/10mm (3/8") 1X Female/1X Male Quick Disconnects |

*See* **Exhibit I**.

103. By way of further example, L&A's '597 publication explains that the Accused Products includes "a target sensor 262 (one example of a detector 120, which may be *a camera, such as a RGB camera*)." **Exhibit O** at [0099] (emphasis added). That document states that the "target sensor . . . includes object/target detection and tracking, gathers information (for example, *image information*) from its field of view." **Exhibit O** at [0099] (emphasis added). It further explains that the "[t]ypical target sensors 262 *are cameras* that output image information in frames, typically at a frame rate that is from 15 to 30 frames per second (fps)." **Exhibit O** at [0100] (emphasis added).

104. The Accused Products provide a light source that emits a light beam with a wavelength between 300 nm to 100 µm, in a manner that satisfies element [1.b] of the '948 Patent. For example, L&A's L&Aser products marketing flyer describes a laser source, driver, and scanner that correspond to the emitter that is configured to emit a beam toward the surface:

**Proprietary Hardware**

| | |
|---|---|
| **Laser Source** | Proprietary L&Aser™ Cube w/Integrated Optics (Diode Type, 4XXnm Blue) |
| **Laser Driver** | Proprietary L&Aser™ Pulsed Current Controlled, High Voltage (100V) Laser Driver |
| **Laser Scanner** | Proprietary L&Aser™ High Moments of Inertia Scanning Galvanometer |
| **Scanner Driver** | Proprietary L&Aser™ High Frequency Closed-Loop Controller (1kHz Command, >50kHz PID, <35ms Settling Time) |

Patent Pending

*See* **Exhibit I**.

105. By way of further example, L&A's YouTube page videos show examples of its emitter configured to emit a beam towards the surface:

- https://www.youtube.com/watch?v=FZD0-sKT-1o;
- https://www.youtube.com/watch?v=6FQ1w0dsFQY
- https://www.youtube.com/watch?v=2DzehwoQk-A
(showing the L&Aser products emitting a beam towards a surface).

106. By way of further example, L&A's'597 publication explains that "one or more" "stressors may be produced by one or more *energy emitters*." **Exhibit O** at [0008] (emphasis added). The "one or more energy emitters" include "high intensity light, high brightness light, laser light, laser radiation, energy beams that may include high and low intensity regions, heat." **Exhibit O** at [0009]. The one or more "energy emitters," include "for example, a laser 130C." **Exhibit O** at [0058].

107. By way of further example, L&A's LinkedIn photos show that the Accused Products emit a beam with a wavelength of 455 nanometers (nm):



**Exhibit F** (annotation added). 455 nm is within the claimed range of 300 nm to 100 µm.

108. The Accused Products provide a control system in a manner that satisfies element [1.c] of the '948 Patent. For example, an article quoting Mr. Laudando explains that the Accused Products "take[] a picture, send[] it to the onboard computer, run[] an AI model, then send[] an answer to a gimble [*sic*] that's steering the laser beam[.]" **Exhibit Z**. "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." **Exhibit Z**.

109. By way of further example, L&A's LinkedIn page provides an image of the L&Aser Module where a control system including two mirrors and two actuators are shown, which directs the optical path of the laser to the weed:




**Exhibit X** (annotations added).

110. As another example, L&A's'597 publication explains that the "[t]arget tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected

to one another." **Exhibit O** at [0099]. The "processor 264" (computing system) is in communication with the "target sensor 262" and the "light directing system 230." **Exhibit O** at [0099]. It "outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets." **Exhibit O** at [0099]

111. The Accused Products contain a first actuator and a first mirror for directing the path of a light beam in a manner that satisfies element [1.d] of the '948 Patent.

112. For example, L&A's YouTube page's video demonstrates causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed:



*See* https://www.youtube.com/watch?v=FZD0-sKT-1o at 00:13–1:28.




*See* https://www.youtube.com/watch?v=zYuRb0wHkoI.

113. As another example, L&A's LinkedIn page provides an image of the L&Aser Module where a first mirror and first actuator are shown, which are used to direct the optical path of the laser to the weed:




**Exhibit X** (annotations added).

114. By way of further example, L&A's '597 publication explains that the system includes "one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant." **Exhibit O** at [0008].

115. Further, an article regarding a L&Aser products demonstration explains that "[l]aser pulses, guided *by two large mirrors*, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." **Exhibit Z** (emphasis added).

116. L&A's L&Aser products marketing materials also show that the Accused Products contain a "scanning galvanometer," which is a motor used to position a mirror for a laser application:

| | |
|---|---|
| **Laser Source** | Proprietary L&Aser™ Cube w/Integrated Optics (Diode Type, 4XXnm Blue) |
| **Laser Driver** | Proprietary L&Aser™ Pulsed Current Controlled, High Voltage (100V) Laser Driver |
| **Laser Scanner** | Proprietary L&Aser™ High Moments of Inertia Scanning Galvanometer |
| **Scanner Driver** | Proprietary L&Aser™ High Frequency Closed-Loop Controller (1kHz Command, >50kHz PID, <35ms Settling Time) |

Patent Pending

**Exhibit I** (annotation added).

117. The Accused Products contain a second actuator and a second mirror for directing the path of a light beam in a manner that satisfies element [1.e] of the '948 Patent. As already explained, an article explains that the "[l]aser pulses, guided by two large mirrors, beam down onto the kill zone on the ground[.]" **Exhibit Z**. And as also explained, L&A's L&Aser products contain a "scanning galvanometer," which is a motor used to position a mirror for a laser application. **Exhibit I**; *see supra* ¶¶ 109–116. L&A's'597 publication further supports that the Accused Products include two mirrors, each having its own "motion system that rotates" the mirror, and each motion system including "a motor such as a galvanometer." **Exhibit O** at [0093]–[0094], [0097].

118. As a further example, images of the L&Aser products posted to L&A's LinkedIn page show a second mirror and a second actuator, which are used to direct the optical path of the laser to the weed:




**Exhibit X** (annotations added). Further evidence concerning this element can be seen in Paragraphs 109–116, above.

119. The control system of the Accused Products is configured to direct the light beam towards a target using the first and second mirrors in a manner that satisfies element [1.f] of the '948 Patent. For example, L&A's L&Aser products marketing flyer shows that it uses a NVIDIA Jetson Orin AGX 32Gb processor for its computer. **Exhibit I**.

120. As another example, L&A's '597 publication explains that the "[t]arget tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected to one another." **Exhibit O** at [0099]. The "processor 264" (computing system) is in communication with the "target sensor 262" and the "light directing system 230." **Exhibit O** at [0099]. It "outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets." **Exhibit O** at [0099].

121. Further, L&A's LinkedIn page provides an image of the L&Aser Module showing the two mirrors and two actuators of the control system that direct the optical path of the laser to the

weed. *See* **Exhibit X**; *see supra* ¶ 113.

122. Additionally Mr. Laudando explained during a L&Aser products demonstration that the Accused Products "take[] a picture, send[] it to the onboard computer, run[] an AI model, then send[] an answer to a gimble [*sic*] that's steering the laser beam[.]" **Exhibit Z**. The control system of the Accused Products is then configured to guide the laser beam: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." **Exhibit Z**.

123. The Accused Products contain a housing system configured to at least partially enclose the light source and the control system in a manner that satisfies element [1.g] of the '948 Patent. For example, L&A's website shows components of the Accused Products, including at least the light source and control system, in a metal housing:



**Exhibit H**.




**Exhibit X** (annotations added).

124. The Accused Products provide a computing system in a manner that satisfies element [1.h] of the '948 Patent. For example, L&A's L&Aser products marketing flyer shows that it uses a NVIDIA Jetson Orin AGX 32Gb computer. **Exhibit I**. Further evidence concerning this element can be seen in Paragraphs 53–54, and 119–122, above.

125. The Accused Products provide a frame configured to move over a field, where the camera, housing, light source, control system, and computing system are supported directly or indirectly by the frame in a manner that satisfies element [1.i] of the '948 Patent. As explained above, L&A's L&Aser products provide a housing containing the light source and control system. The housing of L&A's L&Aser products further contains a computer and is connected to at least one camera. *See, e.g.*, **Exhibit I**. As shown in L&A's advertisements, that housing can be carried by a frame that is configured to move over a field. L&A's advertisements illustrate example frames, such as a carrot implement and high density implement:




**Exhibit H**.

126. As a further example, videos posted on L&A's LinkedIn page show one of the Accused Products, the L&Aser Robot, which contains one or more L&Aser Modules, moving over a field:



*See* https://www.youtube.com/watch?v=lhLTZzoQgJ0 at 0:14.

127. On information and belief, L&A sells embodiments of the Accused Products with a frame. For example, through a December 18, 2024 post on Mr. Laudando's LinkedIn page, L&A has offered for sale "implement/robot integrations" for "Cost + 50%[.]" **Exhibit** Q. On information and belief, the advertised "implement/robot integrations" include a frame as claimed by element [1.i] of the '948 Patent.

128. By way of further example, on March 15, 2025 Mr. Laudando posted on LinkedIn

that L&A makes and offers for sale "a toolbar/robot integration" with a "patent-pending triple baffle design with safety interlocks[.]" **Exhibit AA**. As another example, Mr. Laudando in an exemplary return on investment ("ROI") calculation provided in a March 10, 2025 LinkedIn post "included the cost of an extended 1-month on-site commissioning for the turn-key 1.8m impelment with 6X L&Aser™ modules and 2 crop models[.]" **Exhibit BB**.

129. On information and belief, L&A directs its customers to use the Accused Products in conjunction with a frame. For example, upon information and belief, L&A advertises that the Accused Products can be attached to a tractor:



**Exhibit H**.

130. On information and belief, L&A instructs customers to purchase certain frames that are compatible with "L&Aser Combination Robot Embodiments":




**Exhibit CC**. By way of further example, Mr. Laudando on LinkedIn has explained that "[t]he

modular L&Aser™ is light & efficient enough to be integrated onto a Greenfield Robotics bot (1 bot:1 L&Aser™ basis) but also scales up through specialty into Midwest row crops if integrated onto toolbars, existing spraying equipment, or other embodiments (e.g., SwarmFarm Robotics integrated autonomy platform)." **Exhibit DD**.

131. The Accused Products' computing system is configured to perform operations in a manner that satisfies element [1.j] of the '948 Patent. For example, an article discussing L&A's L&Aser products demonstration explains that the Accused Products "'take[] a picture, send[] it to the onboard computer, run[] an AI model, then send[] an answer to a gimble [*sic*] that's steering the laser beam,' . . . . Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." **Exhibit Z**.

132. The Accused Products' computing system is configured to receive an image of at least one plant in the field captured by the camera in a manner that satisfies element [1.k] of the '948 Patent. As already discussed, Mr. Laudando explained during L&A's L&Aser products demonstration that the Accused Products are configured to "take[] a picture, send[] it to the onboard computer, run[] an AI model[.]" **Exhibit Z**. Further evidence concerning this element can be seen in Paragraphs 53–56, above.

133. On information and belief, the Accused Products' computing system is configured to detect a weed in an image containing at least one plant using a neural network configured to differentiate between a weed and a crop, in a manner that satisfies element [1.l] of the '948 Patent. An article describing L&A's L&Aser products demonstration explains that the Accused Products "take[] a picture, send[] it to the onboard computer, *run[] an AI model*, then send[] an answer to a gimble [*sic*] that's steering the laser beam[.]" **Exhibit Z** (emphasis added). The computer "uses artificial intelligence to discern weeds from crop plants." **Exhibit Z**. "'The perception-actuation loop,' Laudando added – the process of detecting the weed, discerning it from the carrot sprout and beaming the laser – 'is at the core of everything that's new and exciting' in the world of automated

weed control. And Nvidia's processors, he said, have ushered in this new era." **Exhibit Z**.

134. As a further example, L&A advertises that the Accused Products ultimately contains a tool referred to as "AgCeption L&Aser Target & Track." The AgCeption tool is a "weed detection model [that] achieves very high-performance classifying weed meristems with very little training data." **Exhibit W**.




*See also* **Exhibit EE** (annotation added).

135. On information and belief, the Accused Products use AI, including neural network models, to discern between crops and weeds:



**Exhibit Y**. For example, L&A's LinkedIn post shows a "Model Update Status" stating: "Updating Neural Networks[.]" **Exhibit LL**.




**Exhibit LL** (annotation added).

136. As a further example, L&A's LinkedIn page post shows the Accused Products receiving images of the surface, where the images comprise a weed on the surface:



*See* **Exhibit W**.

137. As another example, a short video posted on L&A's LinkedIn page demonstrates the Accused Products identifying a region of the image that includes the weed.



**Exhibit FF** (annotations added in yellow to show real-time targeting and tracking of weeds as L&A's L&Aser products move across a field). By way of further example, L&A's YouTube page's video demonstrates the same:




*See* https://www.youtube.com/watch?v=fDNzB2ZNIVY at 00:53.

138. By way of further example, L&A's'597 publication explains that the "target tracking system configured to identify and track the target biological material." **Exhibit O** at [0200]. It further explains that a "target sensor 262, which typically includes object/target

detection and tracking, gathers information (for example, image information) from its field of view." **Exhibit O** at [0099]. The "location of a target plant 293 may be determined by a target plant detector" as "an area (or zone)" or "the stem as viewed from the cultivator 200 or a point." **Exhibit O** at [0105].

139. The Accused Products' computing system is configured to predict a target location of the weed, accounting for the motion of the camera relative to the weed during an elapsed time, in a manner that satisfies element [1.m] of the '948 Patent. For example, videos posted on L&A's LinkedIn page show the Accused Products with the ability to track the position of a weed during an elapsed time:



*See* **Exhibit GG** at 0:06–0:07.



**Exhibit FF** (annotations added in yellow to show real-time targeting and tracking of weeds as L&A's L&Aser products move across a field).

140. As a further example, L&A's '597 publication explains that the Accused Products may "*predict where a target will be* between frames when there is no target location information

being supplied, which allows for use of target sensors with slower frame rates." **Exhibit O** at [0100] (emphasis added). "To predict where the target will be in between frames of the target sensor 262, embodiments utilize target velocity sensors to track the speed of the targets and/or the speed of the ground as the cultivator 200 moves." **Exhibit O** at [0100]. The document further describes the use of optical "tracking systems (similar to how an optical mouse for a computer tracks motion) to determine ground speed, while further embodiments utilize a wheel placed on the ground, while still further embodiments utilize navigational aids such as the Global Positioning System (GPS)." **Exhibit O** at [0100]. Further evidence concerning this element can be seen in Paragraphs 85, 100–103 and 120, above.

141. Further, a 2023 article explains that L&A's L&Aser products have a tracking system "capable of tracking targeted plants at speeds of up 2.5 mph." **Exhibit K**.

142. The Accused Products' computing system is configured to cause one or both of the first and second actuators to control one or both of the first or second mirrors to direct the path of the light beam toward the predicted location of the weed, in a manner that satisfies element [1.n] of the '948 Patent. As already explained, an article describing L&A's L&Aser products demonstration explain that the Accused Products "take[] a picture, send[] it to the onboard computer, run[] an AI model, then send[] an answer to a gimble [*sic*] *that's steering the laser beam*" and "*[l]aser pulses, guided by two large mirrors*, beam down onto the kill zone on the ground." **Exhibit Z** (emphases added).

143. The Accused Products' computing system is configured to cause the light source to emit a light beam along the path towards the predicted targeted location of the weed, in a manner that satisfies element [1.o] of the '948 Patent. The article discussed above also describes that the Accused Products emit a laser toward "the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." **Exhibit Z**.

144. The Accused Products' computing system is configured to cause the light source to emit the light beam for a time sufficient to damage or kill the weed, in a manner that satisfies element

[1.p] of the ’948 Patent. As already discussed, the Accused Products emit a laser which “inflict[s] something akin to a combination of sunburn and heat stress.” **Exhibit Z**.

145. For example, L&A’s YouTube page’s video demonstrates emitting a beam towards a weed, killing or damaging the weed:



*See* https://www.youtube.com/watch?v=2DzehwoQk-A at 00:05–00:12. In addition, the same YouTube video description explains that the system “completely eliminates the weed” by targeting the beam at the meristem.




*See* https://www.youtube.com/watch?v=2DzehwoQk-A.

146. By way of further example, L&A’s ’597 publication explains that the system includes “one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant.” **Exhibit O** at [0008]. LA’s ’597 publication also explains that the “aiming device aims the energy emanating from the

energy generator 130 at a leaf of an undesirable plant and in some embodiments the aiming device aims the energy emanating from the energy generator 130 at the stem (and/or the terminal bud) of an undesirable plant." **Exhibit O** at [0053]. The "one or more light sources (laser diodes 212) generate wavelengths in ranges intended to damage biological material (for example, plants) as described above." **Exhibit O** at [0071].

147. Accordingly, the Accused Products infringe at least claim 1 of the '948 Patent.

148. Additionally, on information and belief L&A has been aware of the '948 Patent since it issued and continues to infringe, making L&A's infringement willful.

**COUNT IV – INFRINGEMENT OF THE '372 PATENT**

149. Carbon incorporates herein by reference the allegations found in Paragraphs 1–148, above.

150. On information and belief, L&A has been and is now directly infringing the '372 Patent in violation of 35 U.S.C. § 271(a) at least by making, using, selling, offering or sale, and/or importing into the United States the Accused Products, which practice one or more claims of the '372 Patent, including at least claim 1.

151. Claim 1 of the '372 Patent recites (brackets added):

> [1.pre] A system for illuminating and targeting a plant in a field, the system comprising:
>
> [1.a] a lighting array comprising a plurality of lights, wherein the lighting array is configured to illuminate a region of interest in the field to reduce or eliminate shadows in the region of interest, and wherein the region of interest includes the plant; and
>
> [1.b] a detection system comprising:
>
> [1.c] a camera configured to obtain an image of the region of interest, wherein the image depicts the plant,
>
> [1.d] one or more processors configured to determine a target location of the plant in the region of interest based on the image of the region of interest obtained by the camera, and

> [1.e] a light source configured to emit a light beam toward the target location of the plant to damage or kill the plant.

152. L&A has committed infringing acts without authorization, consent, permission, or a license from Carbon.

153. On information and belief, L&A has been and is now infringing the '372 Patent in violation of 35 U.S.C. § 271(b) at least by inducing its customers to purchase the Accused Products and/or by instructing, encouraging, implementing, and/or directing others how to use the Accused Products in ways that directly infringe the '372 Patent, including claim 1, through its educational and promotional materials, support activities, as well as its service and consulting activities.

154. On information and belief, L&A also has been and is now infringing the '372 Patent in violation of 35 U.S.C. § 271(c) at least by offering for sale, selling, and/or importing a component of the Accused Products, which L&A knows are made or especially adapted for use in an infringement of the '372 Patent, including infringement of claim 1, and have no substantial non-infringing use.

155. L&A's infringement is either literal or under the doctrine of equivalents.

156. L&A will continue to infringe the '372 Patent, causing irreparable harm to Carbon for which there is no adequate remedy at law unless enjoined by this Court. L&A's infringement has caused and continues to cause irreparable harm to Carbon in the form of loss of business opportunities, lost sales, loss of market share, loss of goodwill and the loss of Carbon's exclusive right to practice its inventions.

157. As a result of L&A's infringement of the '372 Patent, Carbon has suffered and is owed no less than a reasonable royalty under 35 U.S.C. § 284 as a remedy.

158. The Accused Products provide a system illuminating and targeting a plant in a field, in a manner that satisfies element [1.pre] of the '372 Patent. For example, L&A's marketing materials show that the Accused Products have "external lighting" and depicts a system that targets plants in a field:

**Specifications**

| | |
|---|---|
| **Compute** | NVIDIA Jetson Orin AGX 32Gb |
| **Module Status Display** | 240 x 280 Full-Color |
| **USB** | 1x USB 3.0 |
| **Networking/Multi-Module Link** | 2x Gigabit Ethernet (10/100/1000) |
| **Wireless Connectivity** | 2.4gHz Wifi, Bluetooth 5.0 |
| **Local Storage** | 1x NVMe M.2 Key M Slots |
| **M12 Multi-Use Port** | 1*CAN,1*RS232, 1*RS485, 2*I2C, 2*UART, 2*GPIO, 2*SPI |
| **Input Power** | 48VDC @ 19A |
| **Operating Temperature** | -25°C to 65°C |
| **Toolbar/Robot Mounting** | Flange Mount w/4X M10 pin holes |
| **IP Rating** | IP65 |
| **Weight** | 55lbs |
| **3D Depth Mapping** | 160 x 60 ToF @ 50FPS |
| **Imaging** | 2.35MP RGB 8mm @ 126FPS |
| **Lighting** | External Lighting Trigger via M12 |
| **Laser Working Area** | 14" x 15.5" |
| **Laser Power Output** | 235W |
| **Integrated Safety** | Key Switch Disconnect, Optical Shutter Failsafe, Dedicated Safety Circuit & Controller |
| **Cooling** | 500W/Module Required (External), Integrated liquid Cooling Loop w/10mm (3/8") 1X Female/1X Male Quick Disconnects |

**Exhibit I** (annotation added).

159. Further evidence concerning this element can be seen in Paragraphs 131–141, above.

160. The Accused Products provide a lighting array with a plurality of lights configured to illuminate a region of interest in the field containing a plant to reduce or eliminate shadows, in a manner that satisfies element [1.a] of the '372 Patent. As explained above, the Accused Products contain external lighting. *See* **Exhibit I**. This external lighting has a plurality of lights as evidenced by pictures of the Accused Products which reduces shadows:




**Exhibit HH** (annotations added).



**Exhibit II**.



**Exhibit Y**.

161. L&A's Instagram post regarding the Accused Products refers to a "Kill Zone"—*i.e.*, a region of interest that is imaged and that contains a plant targeted by the Accused Product:




**Exhibit JJ** (annotation added). On information and belief, the Accused Products' lighting system is used to reduce and/or eliminate shadows. **Exhibit Z**. L&A describes its L&Aser products as including "Auxiliary Lighting" with "4,000 lumens per square meter" of "continuous" illumination. **Exhibit KK**.

162. The Accused Products provide a detection system, in a manner that satisfies element [1.b] of the '372 Patent. For example, an article discussing L&A's L&Aser products demonstration explains that the Accused Products' detection system "'takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble [*sic*] that's steering the laser beam[.]' . . . Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." **Exhibit Z**. Further evidence concerning this element can be seen in Paragraphs 133–141, above.

163. The Accused Products provide a camera configured to obtain an image depicting a

plant, in a manner that satisfies element [1.c] of the ’372 Patent. For example, an article discussing L&A’s L&Aser products demonstration explains that the Accused Products’ detection system “takes a picture[.]” **Exhibit Z**. By way of further example, L&A’s LinkedIn page shows the camera view of its L&Aser products imaging plants in a field:



**Exhibit Y**. As another example, L&A’s L&Aser products marketing flyer shows that the Accused Products include a “2.35 MP RGB 8mm @ 126 FPS” camera. **Exhibit I**. Further evidence concerning this element can be seen in Paragraphs 100–103, above.

164. The Accused Products provide one or more processors configured to determine a target location of a plant in the region of interest based on the image obtained by the camera, in a manner that satisfies element [1.d] of the ’372 Patent. For example, videos posted on L&A’s LinkedIn page demonstrate determining a target location of the weed based on the identified region in the image:





**Exhibit FF** (annotations added in yellow to show real-time targeting and tracking of weeds as L&A's L&Aser products move across a field). By way of further example, L&A's YouTube page's video demonstrates the same:




*See* https://www.youtube.com/watch?v=fDNzB2ZNIVY at 00:53.

165. By way of further example, the Accused Products have one or more processors. The Accused Products include an NVIDIA Jetson Orin computer that includes both graphics and computer processors. **Exhibit I**. Further evidence concerning this element can be seen in Paragraphs 124, 132–138, above.

166. The Accused Products provide a light source configured to emit a light beam toward the target location of the plant to damage or kill the plant, in a manner that satisfies element [1.e] of the '372 Patent. As discussed above, the Accused Products emit a laser toward "the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." **Exhibit Z**. Further evidence concerning this element can be seen in Paragraphs 104–107, 142, and 158, above.

167. Accordingly, the Accused Products infringe at least claim 1 of the '372 Patent.

168. Additionally, on information and belief L&A has been aware of the '372 Patent since

it issued and continues to infringe, making L&A's infringement willful.

## PRAYER FOR RELIEF

WHEREFORE, Carbon respectfully requests that this Court enter judgment in its favor and grant the following relief:

(a) a judgment that L&A has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

(b) a permanent injunction against L&A and its respective officers, directors, agents, branches, subsidiaries, parents, partners, and any others active in concert with L&A from further infringement of the Patents-in-Suit;

(c) a judgment and order requiring L&A to pay Carbon damages for past infringement under 35 U.S.C. § 284, including any damages arising from any continuing post-verdict infringement between the time of the trial and entry of the final judgment with an accounting, as needed;

(d) a judgment and order requiring L&A to pay Carbon pre-judgment and post-judgment interest on any damages award;

(e) a judgment and order that L&A's infringement of the Patents-in-Suit be found willful and that the Court award treble damages pursuant to 35 U.S.C. § 284;

(f) a judgment that this case is exceptional under 35 U.S.C. § 285 and an order requiring L&A pay Carbon its attorneys' fees incurred in prosecuting this action;

(g) a judgment and order requiring L&A to pay Carbon's costs and expenses incurred in this action; and

(h) any further relief, including equitable relief, as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Carbon hereby respectfully requests a trial by jury of any issues so triable by right.

DATED: April 3, 2025

Respectfully Submitted,

*/s/ R. Wilson Powers III*

Audrey A. Millemann (SBN 124954)
amillemann@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Phone: (916) 558-6000

Chandrika Vira (*pro hac vice*)
cvira@sternekessler.com
R. Wilson Powers III, Ph.D. (SBN 284533)
tpowers@sternekessler.com
Richard A. Crudo (*pro hac vice*)
rcrudo@sternekessler.com
Steven M. Pappas (*pro hac vice*)
spappas@sternekessler.com
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
Phone: (202) 371-2600

*Attorneys for Plaintiff and Counter-Defendant Carbon Autonomous Robotic Systems Inc.*