

# United States District Court
# Eastern District of California

| | |
|---|---|
| Carbon Autonomous Robotic Systems, Inc. | Case Number: 2:24-cv-03012-DAD-JDP |
| Plaintiff(s) | |
| V. | |
| Laudando & Associates LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David Y. Wang hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Carbon Autonomous Robotic Systems, Inc.

On 07/15/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/03/2025        Signature of Applicant: /s/ David Y. Wang

**Pro Hac Vice Attorney**

Applicant's Name: David Y. Wang

Law Firm Name: Sterne, Kessler, Goldstein & Fox PLLC

Address: 1101 K Street NW, 10th Floor

City: Washington   State: DC   Zip: 20005

Phone Number w/Area Code: (202) 371-2600

City and State of Residence: Washington, DC

Primary E-mail Address: dwang@sternekessler.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: R. Wilson Powers, III

Law Firm Name: Weintrab TobinSterne, Kessler, Goldstein & Fox PLLC

Address: 1101 K Street NW, 10th Floor

City: Washington   State: DC   Zip: 20005

Phone Number w/Area Code: (202) 371-2600   Bar #: 284533

**ORDER**

The Pro Hac Vice Application is APPROVED.

Dated: April 3, 2025

*/s/ Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT