Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
**GISH PLLC**
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: 415-630-2000

Andrew D. Gish (*pro hac vice*)
andrew@gishpllc.com
Joel C. Lin (CA SBN 280679)
joel.lin@gishpllc.com
Michael M. Powell (*pro hac vice*)
michael@gishpllc.com
**GISH PLLC**
41 Madison Avenue, Floor 31
New York, NY 10010
Telephone: 212-518-730

*Attorneys for Laudando & Associates, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**CARBON AUTONOMOUS ROBOTIC SYSTEMS, INC.**,

Plaintiff,

v.

**LAUDANDO & ASSOCIATES, LLC**,

Defendant.

Case No. 2:24-cv-03012-DAD-JDP

**LAUDANDO & ASSOCIATES, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

JURY TRIAL DEMANDED

Defendant Laudando & Associates, LLC ("Defendant" or "L&A") respectfully submits this Answer ("Answer") in response to the First Amended Complaint (Dkt. No. 46) ("FAC") filed by Plaintiff Carbon Autonomous Robotic Systems, Inc. ("Plaintiff" or "Carbon"). To the extent that any allegations in Carbon's FAC are not specifically admitted below, L&A denies them.

## INTRODUCTION[1]

1. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

2. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

3. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

4. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

5. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

6. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

## NATURE OF THE ACTION

7. L&A admits that this action purportedly arises under the Patent Act of the United States, 35 U.S.C. § 1, *et seq*. L&A admits that Exhibits A and B of the FAC appear to be true and correct copies of U.S. Patent Nos. 12,108,752 ("the '752 patent") and 12,127,547 ("the '547 patent"), respectively. L&A admits that Exhibits C and D of the FAC appear to be true and correct copies of U.S. Patent Nos. 12,219,948 ("the '948 patent") and 12,240,372 ("the '372 patent"),

[1] The headers reflect the language used by Carbon in its FAC and are repeated herein for convenience. L&A's use of the same language in the FAC is not an admission as to the headers' veracity.

respectively. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

**THE PARTIES**

8. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

9. L&A admits that it is a California limited liability company with a principal address at 297 Convair Ave, Ste. 4, Chico, CA 95973.

**JURISDICTION AND VENUE**

10. L&A admits that this action purportedly arises under the Patent Act of the United States, 35 U.S.C. § 1, *et seq*. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

11. The allegations of this paragraph of the FAC are legal conclusions to which no response is required. To the extent that any response to such allegations is required, L&A denies the allegations of this paragraph of the FAC.

12. The allegations of this paragraph of the FAC are legal conclusions to which no response is required. To the extent that any response to such allegations is required, L&A denies the allegations of this paragraph of the FAC.

13. L&A admits that the L&Aser Module (alpha+) made its commercial debut in or around September 2023. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

14. L&A admits that the link provided in paragraph 14 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC

15. The allegations of this paragraph of the FAC are legal conclusions to which no response is required. To the extent that any response to such allegations is required, L&A denies the allegations of this paragraph of the FAC.

## FACTS

### A. Carbon, the Asserted Patents, and Carbon's LaserWeeder Products

16. L&A admits that Exhibit A of the FAC appears to be a copy of the '752 patent. L&A admits that the '752 patent is titled "Autonomous Laser Weed Eradication." L&A admits that the '752 patent was issued on October 8, 2024. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

17. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

18. L&A admits that Exhibit B of the FAC appears to be a copy of the '547 patent. L&A admits that the '547 patent is titled "Autonomous Laser Weed Eradication." L&A admits that the '547 patent was issued on October 29, 2024. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

19. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

20. L&A admits that Exhibit C of the FAC appears to be a copy of the '948 patent. L&A admits that the '948 patent is titled "Autonomous Laser Weed Eradication." L&A admits that the '948 patent was issued on February 11, 2005. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

21. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

22. L&A admits that Exhibit D of the FAC appears to be a copy of the '372 patent. L&A admits that the '948 patent is titled "High Intensity Illumination Systems and Methods of Use Thereof." L&A admits that the '372 patent was issued on March 4, 2025. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

23. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

24. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

**B. L&A and its Infringing Products**

25. L&A admits that it is a company that researches and develops agricultural technology, including the L&Aser Module. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

26. L&A admits that the link https://podcasts.apple.com/us/podcast/374-contrarian-thinking-in-agtech-robotics-with-chris/id1344108573?i=1000673997343 appears to go to a podcast named "374: Contrarian Thinking in AgTech & Robotics with Chris Laudando, Founder of L&A." L&A admits that Exhibit J of the FAC states: "Just in time for our upcoming laser weeder deployments to Australia, the Midwest & Eastern US, and Canada." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

27. L&A denies the allegations of this paragraph of the FAC.

28. L&A admits that Exhibit I of the FAC states: "first purpose-built laser for weeding & thinning crops." L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 28 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

29. L&A admits that U.S. Patent Application No. 18/457,151 ("the '151 application") was published as U.S. Patent Publication No. 2023/0397597 ("the '597 publication"). L&A admits Exhibit O of the FAC appears to be a copy of the '597 publication. L&A admits that paragraph [0002] of the '597 publication contains the phrase "methods and apparatuses for targeting and damaging plants." L&A admits that Exhibit H of the FAC states: "OUR NEW Patent-Pending L&Aser™ Module." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

30. L&A admits that the '151 application was filed on August 28, 2023. L&A lacks information sufficient to form a belief as to the remaining allegations of this paragraph of the FAC, and on that basis denies them.

31. L&A denies the allegations of this paragraph of the FAC.

32. L&A denies the allegations of this paragraph of the FAC.

33. L&A admits that Exhibits R and S of the FAC appear to include copies of the images contained in paragraph 33 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

34. L&A admits that Exhibit S of the FAC appears to include an unannotated copy of the images contained in paragraph 34 of Carbon's FAC. L&A admits that Exhibit S of the FAC states: "Carbon was the first to slap commercially available lasers onto a massive toolbar to weed crops and achieve some scale." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

35. L&A admits that Exhibit T of the FAC appears to include a copy of the image contained in paragraph 35 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

**COUNT I – INFRINGEMENT OF THE '752 PATENT**

36. No response is required to Carbon's reference and incorporation of the prior paragraphs. To the extent a response is required, L&A repeats and incorporates by reference its responses to the prior paragraphs as if fully set forth herein.

37. L&A denies the allegations of this paragraph of the FAC.

38. L&A admits that claim 1 of the '752 patent recites:

1. A targeting system for autonomous weed eradication comprising:

a first camera configured to image a surface;

an emitter configured to emit a beam toward the surface; and

a computing system in communication with the first camera and the emitter, the computing system capable of performing operations comprising:

receiving, from the first camera, an image of the surface, the image comprising a weed on the surface,

identifying a region in the image that includes the weed,

determining a target location of the weed based on the identified region in the image,

aligning an optical path of the beam based on the target location of the weed, and

causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed, wherein emitting the beam towards the weed kills or damages the weed.

Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

39. L&A denies the allegations of this paragraph of the FAC.

40. L&A denies the allegations of this paragraph of the FAC.

41. L&A denies the allegations of this paragraph of the FAC.

42. L&A denies the allegations of this paragraph of the FAC.

43. L&A denies the allegations of this paragraph of the FAC.

44. L&A denies the allegations of this paragraph of the FAC.

45. L&A admits that Exhibit H of the FAC states: "Agriculture's first purpose-built laser for weeding & thinning crops." L&A admits that Exhibit H of the FAC appears to include copies of the images contained in paragraph 45 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

46. L&A admits that Exhibit U of the FAC states: "a laser specifically designed for weeding crops." L&A admits that Exhibit V of the FAC states: "1/6th the width of the other laser weeding tech." L&A admits that Exhibits U and V of the FAC appear to include copies of the images

contained in paragraph 46 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

47. L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 47 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

48. L&A admits that Exhibit I of the FAC states: "2.35MP RGB 8mm @ 126FPS." L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 48 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

49. L&A admits that paragraph [0099] of the '597 publication recites in part "target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera)" and "[t]he target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view." L&A admits that paragraph [0100] of the '597 publication recites in part "[t]ypical target sensors 262 are cameras that output image information in frames, typically at a frame rate that is from 15 to 30 frames per second (fps)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

50. L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 50 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

51. L&A admits that the links provided in paragraph 51 of the FAC are links to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

52. L&A admits that paragraph [0009] of the '597 publication recites: "One or more of the following stressors may be produced by one or more energy emitters: high intensity light, high brightness light, laser light, laser radiation, energy beams that may include high and low intensity regions, heat, and mechanical stress (for example, air movement or air pressure waves (for example, soundwaves))." L&A admits that paragraph [0058] recites in part "a spatially varying

beam 140C (for example, high light intensity) generated by an energy emitter 130C (for example, a laser 130C)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

53. L&A admits that Exhibit I of the FAC states: "NVIDIA Jetson Orin AGX 32Gb" under "Specifications." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

54. L&A admits that paragraph [0099] of the '597 publication recites in part "[t]arget tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected to one another" and "[t]he processor 264 outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

55. L&A admits that Exhibit W of the FAC appears to include a copy of the image contained in paragraph 55 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

56. L&A admits that paragraph [0099] of the '597 publication recites in part "[t]he target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view, which may be larger than the target field 290, and outputs information to the processor 264." L&A admits that paragraph [0200] of the '597 publication recites: "A target tracking system configured to identify and track the target biological material." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

57. L&A admits that the link provided in paragraph 57 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

58. L&A admits that paragraph [0200] of the '597 publication recites: "A target tracking system configured to identify and track the target biological material." L&A admits that paragraph [0105] of the '597 publication recites in part "while the location of a target plant 293

may be determined by a target plant detector, such as detector 120, to be an area (or zone)" and "in some embodiments the location of a target plant 293 is determined to be an area much smaller than the size of the plant as viewed from the cultivator 200, such as the size the stem as viewed from the cultivator 200 or a point." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

59. L&A admits that the link provided in paragraph 59 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

60. L&A admits that paragraph [0099] of the '597 publication recites in part "[t]he target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view." L&A admits that paragraph [0105] of the '597 publication recites in part "in some embodiments the location of a target plant 293 is determined to be an area much smaller than the size of the plant as viewed from the cultivator 200, such as the size the stem as viewed from the cultivator 200 or a point." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

61. L&A admits that the links provided in paragraph 61of the FAC are links to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC .

62. L&A admits that Exhibit X of the FAC appears to include an unannotated copy of the image contained in paragraph 62 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

63. L&A admits that paragraph [0008] of the '597 publication recites in part "[s]till other embodiments can include one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant can also be included." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

64. L&A admits that the links provided in paragraph 64 of the FAC are links to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

65. L&A admits that paragraph [0053] of the '597 publication recites in part "aiming device aims the energy emanating from the energy generator 130 at a leaf of an undesirable plant and in some embodiments the aiming device aims the energy emanating from the energy generator 130 at the stem (and/or the terminal bud) of an undesirable plant." L&A admits that paragraph [0071] of the '597 publication recites in part "[t]he one or more light sources (laser diodes 212) generate wavelengths in ranges intended to damage biological material (for example, plants) as described above." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

66. L&A denies the allegations of this paragraph of the FAC.

67. L&A denies the allegations of this paragraph of the FAC.

**COUNT II – INFRINGEMENT OF THE '547 PATENT**

68. No response is required to Carbon's reference and incorporation of the prior paragraphs. To the extent a response is required, L&A repeats and incorporates by reference its responses to the prior paragraphs as if fully set forth herein.

69. L&A denies the allegations of this paragraph of the FAC.

70. L&A admits that claim 1 of the '547 patent recites:

1. A targeting system for autonomous weed eradication comprising:

a first camera configured to image a surface;

an emitter configured to emit a beam toward the surface;

an actuator configured to direct an optical path of the beam; and

a computing system in communication with the first camera and the emitter, the computing system capable of performing operations comprising:

receiving, from the first camera, a first image of the surface, the first image comprising a weed on the surface,

identifying a region in the first image that includes the weed,

determining a target location of the weed on the surface based on the identified region in the first image,

aligning the optical path of the beam based on the target location of the weed by adjusting a position of the actuator,

correcting the target location based on a motion of the first camera relative to the surface,

causing the emitter to emit the beam toward the weed when at least part of the optical path is aligned with the target location of the weed, and

causing the emitter to deactivate the beam after a length of time sufficient to damage or kill the weed.

Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

71. L&A denies the allegations of this paragraph of the FAC.

72. L&A denies the allegations of this paragraph of the FAC.

73. L&A denies the allegations of this paragraph of the FAC.

74. L&A denies the allegations of this paragraph of the FAC.

75. L&A denies the allegations of this paragraph of the FAC.

76. L&A denies the allegations of this paragraph of the FAC.

77. L&A admits that Exhibit H of the FAC states: "first purpose-built laser for weeding & thinning crops." Paragraph 77 of Carbon's FAC refers to paragraphs 45-46 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

78. Paragraph 78 of Carbon's FAC refers to paragraphs 47-49 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

79. Paragraph 79 of Carbon's FAC refers to paragraphs 50-52 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

80. Paragraph 80 of Carbon's FAC refers to paragraphs 53-54 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

81. Paragraph 81 of Carbon's FAC refers to paragraphs 55-56 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

82. Paragraph 82 of Carbon's FAC refers to paragraphs 57-58 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

83. Paragraph 83 of Carbon's FAC refers to paragraphs 59-60 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

84. Paragraph 84 of Carbon's FAC refers to paragraphs 61-63 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

85. L&A admits that paragraph [0100] of the '597 publication recites in part "embodiments of the cultivator 200 predict where a target will be between frames when there is no target location information being supplied, which allows for use of target sensors with slower frame rates"; "[t]o predict where the target will be in between frames of the target sensor 262, embodiments utilize target velocity sensors to track the speed of the targets and/or the speed of the ground as the cultivator 200 moves"; and "[s]ome embodiments utilize optical tracking systems (similar to how an optical mouse for a computer tracks motion) to determine ground speed, while further embodiments utilize a wheel placed on the ground, while still further embodiments utilize

navigational aids such as the Global Positioning System (GPS)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

86. Paragraph 86 of Carbon's FAC refers to paragraphs 64-65 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

87. L&A denies the allegations of this paragraph of the FAC.

## COUNT III – INFRINGEMENT OF THE '948 PATENT

88. No response is required to Carbon's reference and incorporation of the prior paragraphs. To the extent a response is required, L&A repeats and incorporates by reference its responses to the prior paragraphs as if fully set forth herein.

89. L&A denies the allegations of this paragraph of the FAC.

90. L&A admits that claim 1 of the '948 patent recites:

1. A system for damaging or killing weeds, the system comprising:

a camera configured to capture images of plants in a field;

a light source configured to emit a light beam with a wavelength within a range from 300 nm to 100 μm;

a control system comprising:

a first actuator and a first mirror for directing a path of the light beam,

a second actuator and a second mirror for directing the path of the light beam,

wherein the control system is configured to direct the path of the light beam towards a target using the first and second mirrors;

a housing configured to at least partially enclose the light source and the control system;

a computing system; and

a frame configured to move over the field, wherein the camera, the housing, the light source, the control system, and the computing system are supported, directly or indirectly, by the frame,

wherein the computing system is configured to perform operations comprising:

receiving an image of at least one plant in the field captured by the camera at a first time,

detecting a weed in the image of the at least one plant, wherein the detecting is performed using a neural network configured to differentiate between a weed and a crop,

predicting a target location of the weed in the field at a second time later than the first time, wherein the predicted target location accounts for motion of the camera relative to the weed during an elapsed time between the first time and the second time,

causing one or both of the first or second actuators to control one or both of the first or second mirrors to direct the path of the light beam toward the predicted target location of the weed in the field,

causing the light source to emit the light beam along the path towards the predicted target location of the weed, and

causing the light source to continue emitting the light beam for a length of time sufficient to damage or kill the weed.

Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

91. L&A denies the allegations of this paragraph of the FAC.

92. L&A denies the allegations of this paragraph of the FAC.

93. L&A denies the allegations of this paragraph of the FAC.

94. L&A denies the allegations of this paragraph of the FAC.

95. L&A denies the allegations of this paragraph of the FAC.

96. L&A denies the allegations of this paragraph of the FAC.

97. L&A admits that Exhibit H of the FAC states: "purpose-built laser for weeding & thinning crops." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

98. L&A admits that Exhibit H of the FAC appears to include copies of the images contained in paragraph 98 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

99. L&A admits that Exhibit U of the FAC states: "a laser specifically designed for weeding crops." L&A admits that Exhibit V of the FAC states: "1/6th the width of the other laser weeding tech." L&A admits that Exhibits U and V of the FAC appear to include copies of the images contained in paragraph 99 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

100. L&A admits that Exhibit Y of the FAC appears to include a copy of the image contained in paragraph 100 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

101. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

102. L&A admits that Exhibit I of the FAC states: "2.35MP RGB 8mm @ 126FPS." L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 102 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

103. L&A admits that paragraph [0099] of the '597 publication recites in part "target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera)" and "[t]he target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view." L&A admits that paragraph [0100] of the '597 publication recites in part "[t]ypical target sensors 262 are cameras that output image information in frames, typically at a frame rate that is from 15 to 30 frames per second (fps)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

104. L&A admits that Exhibit I of the FAC appears to include a copy of the image contained in paragraph 104 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

105. L&A admits that the links provided in paragraph 105 of the FAC are links to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

106. L&A admits that paragraph [0009] of the '597 publication recites: "One or more of the following stressors may be produced by one or more energy emitters: high intensity light, high brightness light, laser light, laser radiation, energy beams that may include high and low intensity regions, heat, and mechanical stress (for example, air movement or air pressure waves (for example, soundwaves))." L&A admits that paragraph [0058] recites in part "a spatially varying beam 140C (for example, high light intensity) generated by an energy emitter 130C (for example, a laser 130C)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

107. L&A admits that Exhibit F of the FAC appears to include an unannotated copy of the image contained in paragraph 107 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

108. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

109. L&A admits that Exhibit X of the FAC appears to include an unannotated copy of the image contained in paragraph 109 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

110. L&A admits that paragraph [0099] of the '597 publication recites in part: "Target tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected to one another." L&A admits that paragraph [0099] of the '597 publication recites in

part: "The processor 264 outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

111. L&A denies the allegations of this paragraph of the FAC.

112. L&A admits that the links provided in paragraph 112 of the FAC are links to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

113. L&A admits that Exhibit X of the FAC appears to include an unannotated copy of the image contained in paragraph 113 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

114. L&A admits that paragraph [0008] of the '597 publication recites in part "[s]till other embodiments can include one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant can also be included." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

115. L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

116. L&A admits that Exhibit I of the FAC appears to include an unannotated copy of the image contained in paragraph 116 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

117. L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Paragraph 117 of Carbon's

FAC refers to paragraphs 109-116 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

118. L&A admits that Exhibit X of the FAC appears to include an unannotated copy of the image contained in paragraph 118 of Carbon's FAC. Paragraph 118 of Carbon's FAC refers to paragraphs 109-116 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

119. L&A admits that Exhibit I of the FAC states: "NVIDIA Jetson Orin AGX 32Gb" under "Specifications." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

120. L&A admits that paragraph [0099] of the '597 publication recites in part: "Target tracking system 260 includes a target sensor 262 (one example of a detector 120, which may be a camera, such as a RGB camera) and a processor 264, which may be physically and/or wirelessly connected to one another." L&A admits that paragraph [0099] of the '597 publication recites in part: "The processor 264 outputs information (via wired and/or wireless pathways) related to the location of targets to the light directing system 230, which in turn directs the light toward desired targets." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

121. Paragraph 121 of Carbon's FAC refers to paragraph 113 of the FAC. L&A, thus, repeats and incorporates by reference its responses to that prior paragraph as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

122. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

123. L&A admits that Exhibit H of the FAC appears to include a copy of the image contained in paragraph 123 of Carbon's FAC. L&A admits that Exhibit X of the FAC appears to include an unannotated copy of the image contained in paragraph 123 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

124. L&A admits that Exhibit I of the FAC states: "NVIDIA Jetson Orin AGX 32Gb" under "Specifications." Paragraph 124 of Carbon's FAC refers to paragraphs 53-54 and 119-22 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

125. L&A admits that Exhibit H of the FAC appears to include a copy of the image contained in paragraph 125 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

126. L&A lacks information sufficient to form a belief as to the allegations of this paragraph of the FAC, and on that basis denies them.

127. L&A admits that Exhibit Q of the FAC states: "Cost + 50% for implement/robot integrations (additional lead time)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

128. L&A admits that Exhibit AA of the FAC states: "If you purchase a toolbar/robot integration from L&A, you will receive our patent-pending triple baffle design with safety interlocks." L&A admits that Exhibit BB of the FAC states: "I also included the cost of an extended 1-month on-site commissioning for the turn-key 1.8m implement with 6X L&Aser™ modules and 2 crop models (carrots and spring onions) and the cost of freight to get it there." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

129. L&A admits that Exhibit H of the FAC appears to include a copy of the image contained in paragraph 129 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

130. L&A admits that Exhibit CC of the FAC appears to include a copy of the image contained in paragraph 130 of Carbon's FAC. L&A admits that Exhibit DD of the FAC states: "The modular L&Aser™ is light & efficient enough to be integrated onto a Greenfield Robotics bot (1 bot:1 L&Aser™ basis) but also scales up through specialty into Midwest row crops if integrated onto toolbars, existing spraying equipment, or other embodiments (e.g., SwarmFarm Robotics integrated autonomy platform)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

131. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

132. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" Paragraph 132 of Carbon's FAC refers to paragraphs 53-56 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

133. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC states: "a machine that uses artificial intelligence to discern weeds from crop plants." L&A admits that Exhibit Z of the FAC states: "'The perception-actuation loop,' Laudando added – the process of detecting the weed, discerning it from the carrot sprout and beaming the laser – 'is at the core of everything that's new and exciting' in the world of automated weed control. And Nvidia's processors, he said, have ushered in this new era." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

134. L&A admits that Exhibit W of the FAC states: "Our latest AgCeption™ weed detection model achieves very high-performance classifying weed meristems with very little training data." L&A admits that Exhibit EE of the FAC appears to include an unannotated copy of the image contained in paragraph 134 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

135. L&A admits that Exhibits Y and LL of the FAC appear to include copies of the images contained in paragraph 135 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

136. L&A admits that Exhibit W of the FAC appears to include a copy of the image contained in paragraph 136 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

137. L&A admits that Exhibit FF of the FAC appears to include unannotated copies of images contained in paragraph 137 of Carbon's FAC. L&A admits that the link provided in paragraph 137 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

138. L&A admits that paragraph [0200] of the '597 publication recites: "A target tracking system configured to identify and track the target biological material." L&A admits that paragraph [0099] of the '597 publication recites in part: "[t]he target sensor 262, which typically includes object/target detection and tracking, gathers information (for example, image information) from its field of view." L&A admits that paragraph [0105] of the '597 publication recites in part: "in some embodiments the location of a target plant 293 is determined to be an area much smaller than the size of the plant as viewed from the cultivator 200, such as the size the stem as viewed from the cultivator 200 or a point." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

139. L&A admits that Exhibit GG of the FAC appear to include a copy of an image contained in paragraph 139 of Carbon's FAC. L&A admits that Exhibit FF of the FAC appears to

include unannotated copies of images contained in paragraph 139 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

140. L&A admits that paragraph [0100] of the '597 publication recites in part: "While more expensive cameras are available with faster frame rates, embodiments of the cultivator 200 predict where a target will be between frames when there is no target location information being supplied, which allows for use of target sensors with slower frame rates. To predict where the target will be in between frames of the target sensor 262, embodiments utilize target velocity sensors to track the speed of the targets and/or the speed of the ground as the cultivator 200 moves. Some embodiments utilize optical tracking systems (similar to how an optical mouse for a computer tracks motion) to determine ground speed, while further embodiments utilize a wheel placed on the ground, while still further embodiments utilize navigational aids such as the Global Positioning System (GPS)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

141. L&A admits that Exhibit K of the FAC states: "The 1-2X order of agnitude improvement in efficacy allows the L&Aser™ to exploit its best-in-class tracking system, capable of tracking targeted plants at speeds of up to 2.5mph." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

142. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

143. L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

144. L&A admits that Exhibit Z of the FAC appears to state: "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

145. L&A admits that the links provided in paragraph 145 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

146. L&A admits that paragraph [0008] of the '597 publication recites in part: " Still other embodiments can include one or more radiation source energy emitters that emit radiation (for example, light and/or heat) toward the plant, and an aiming device (such as an electromechanical aiming device, a sight or a scope) to direct the stressor (for example, radiation) toward the plant can also be included." L&A admits that paragraph [0053] of the '597 publication recites: "In some embodiments the aiming device aims the energy emanating from the energy generator 130 at a leaf of an undesirable plant and in some embodiments the aiming device aims the energy emanating from the energy generator 130 at the stem (and/or the terminal bud) of an undesirable plant." L&A admits that paragraph [0071] of the '597 publication recites in part: "The one or more light sources (laser diodes 212) generate wavelengths in ranges intended to damage biological material (for example, plants) as described above." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

147. L&A denies the allegations of this paragraph of the FAC.

148. L&A denies the allegations of this paragraph of the FAC.

## COUNT IV – INFRINGEMENT OF THE '372 PATENT

149. No response is required to Carbon's reference and incorporation of the prior paragraphs. To the extent a response is required, L&A repeats and incorporates by reference its responses to the prior paragraphs as if fully set forth herein.

150. L&A denies the allegations of this paragraph of the FAC.

151. L&A admits that claim 1 of the '372 patent recites:

1. A system for illuminating and targeting a plant in a field, the system comprising:

a lighting array comprising a plurality of lights, wherein the lighting array is configured to illuminate a region of interest in the field to reduce or eliminate shadows in the region of interest, and wherein the region of interest includes the plant; and

a detection system comprising:

a camera configured to obtain an image of the region of interest, wherein the image depicts the plant,

one or more processors configured to determine a target location of the plant in the region of interest based on the image of the region of interest obtained by the camera, and

a light source configured to emit a light beam toward the target location of the plant to damage or kill the plant.

Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

152. L&A denies the allegations of this paragraph of the FAC.

153. L&A denies the allegations of this paragraph of the FAC.

154. L&A denies the allegations of this paragraph of the FAC.

155. L&A denies the allegations of this paragraph of the FAC.

156. L&A denies the allegations of this paragraph of the FAC.

157. L&A denies the allegations of this paragraph of the FAC.

158. L&A admits that Exhibit I of the FAC appears to include an unannotated copy of the image contained in paragraph 158 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

159. Paragraph 159 of Carbon's FAC refers to paragraphs 131-141 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set

forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

160. L&A admits that Exhibit HH of the FAC appears to include an unannotated copy of an image contained in paragraph 160 of Carbon's FAC. L&A admits that Exhibits II and Y of the FAC appear to include copies of images contained in paragraph 160 of Carbon's FAC. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

161. L&A admits that Exhibit JJ of the FAC appears to include an unannotated copy of the image contained in paragraph 161 of Carbon's FAC. L&A admits that Exhibit KK of the FAC states: "Auxiliary Lighting: 4,000 lumens per square meter, continuous (not pulsed/strobed)." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

162. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Z of the FAC appears to state "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress. Each zap takes about 10 milliseconds." Paragraph 162 of Carbon's FAC refers to paragraphs 133-141 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

163. L&A admits that Exhibit Z of the FAC states: "'It takes a picture, sends it to the onboard computer, runs an AI model, then sends an answer to a gimble that's steering the laser beam.'" L&A admits that Exhibit Y of the FAC appears to include a copy of the image contained in paragraph 163 of Carbon's FAC. L&A admits that Exhibit I of the FAC states: "2.35MP RGB 8mm @ 126FPS." Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

164. L&A admits that Exhibit FF of the FAC appears to include unannotated copies of images contained in paragraph 164 of Carbon's FAC. L&A admits that the link provided in

paragraph 164 of the FAC is a link to L&A's YouTube page. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

165. Paragraph 165 of Carbon's FAC refers to paragraphs 124, 132-138 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

166. L&A admits that Exhibit Z of the FAC appears to state "Laser pulses, guided by two large mirrors, beam down onto the kill zone on the ground – but only onto the weeds, inflicting something akin to a combination of sunburn and heat stress." Paragraph 166 of Carbon's FAC refers to paragraphs 104-107, 142, 158 of the FAC. L&A, thus, repeats and incorporates by reference its responses to those prior paragraphs as if fully set forth herein. Except as expressly admitted, L&A denies the allegations of this paragraph of the FAC.

167. L&A denies the allegations of this paragraph of the FAC.

168. L&A denies the allegations of this paragraph of the FAC.

**PRAYER FOR RELIEF**

L&A denies that Carbon is entitled to any relief whatsoever from L&A or this Court, either as requested in the FAC or otherwise. To the extent that Carbon's prayer for relief includes any factual or legal allegations, L&A denies such allegations.

**JURY DEMAND**

L&A joins Carbon's demand for a jury trial on all issues triable by right of jury.

**DEFENSES**

Subject to its above responses, L&A hereby asserts the following affirmative defenses without assuming any burden of proof or persuasion on any issue, whether in whole or in part, where such burden(s) would otherwise be borne by Carbon. L&A expressly reserves the right to assert additional defenses that become known during the course of the litigation.

**First Defense**
(Failure to State a Claim)

With respect to each purported claim for relief alleged in the FAC, Carbon fails to allege facts sufficient to state a claim against L&A upon which relief may be granted.

**Second Defense**
(Lack of Standing)

Carbon lacks standing to bring its claims.

**Third Defense**
(No Patent Infringement)

L&A has not infringed any claim of the asserted patents, directly or indirectly, literally or under the doctrine of equivalents.

**Fourth Defense**
(Patent Invalidity/Unenforceability)

Each asserted claim of the asserted patents is invalid and/or unenforceable for failing to comply with one or more of the requirements for patentability and subject-matter eligibility under the Patent Laws of the United States, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and 282.

**Fifth Defense**
(Prosecution History Estoppel)

Carbon is estopped from construing any valid claim of the asserted patents to cover or include, either literally or by application of the doctrine of equivalents, any of the accused instrumentalities because of statements made to the U.S. Patent and Trademark Office during the prosecution of the applications which led to the issuance of the asserted patents.

**Sixth Defense**
(Reverse Doctrine of Equivalents)

The instrumentalities accused of patent infringement operate and/or are configured in ways substantially different in principle from the purported invention(s) described in the asserted

patents, and Carbon cannot sustain its burden of proving otherwise.

**Seventh Defense**
(Equitable Defenses)

Carbon's claims are barred in whole or in part under principles of equity, including without limitation, laches, waiver, estoppel, acquiescence, and/or unclean hands.

**Eighth Defense**
(Limitation on Damages)

Carbon's claims for damages, if any, against L&A for alleged infringement of the asserted patents are limited by 35 U.S.C. §§ 286, 287, and/or 288.

**Ninth Defense**
(No Attorneys' Fees or Costs)

Carbon is precluded from recovering costs under 35 U.S.C. § 288 and attorneys' fees under 35 U.S.C. § 285 or pursuant to this Court's inherent power.

**Tenth Defense**
(No Willfulness)

L&A has not engaged in any conduct that constitutes willful infringement or that would otherwise entitle Carbon to an award of enhanced damages under 35 U.S.C. § 284. L&A does not, did not, and could not believe that it infringes any valid and enforceable claim of the asserted patents either literally or under the doctrine of equivalents.

**Eleventh Defense**
(No Injunctive Relief)

Carbon's claims for injunctive relief are barred because there exists an adequate remedy at law for Carbon's allegations and Carbon's claims otherwise fail to meet the requirements for such relief.

**Reservation of Rights**

L&A hereby gives notice that it intends to rely upon any other defense that may become

available or come to light in this case, and hereby reserves the right to amend this Answer to assert any such defense.

**<u>L&A's Demand for Relief on Carbon's Claims</u>**

L&A respectfully requests the following relief:

a. a judgment in favor of L&A, and against Carbon, on all of Carbon's claims against L&A, with Carbon being awarded no relief of any kind, including, but not limited to, its request for damages and injunctive relief;

b. an order finding that this is an exceptional case and awarding L&A its costs, expenses, disbursements, and reasonable attorneys' fees in defending against Carbon's claims under 35 U.S.C. § 285 and all other applicable statutes, rules, and common law; and

c. such other relief, in law or equity, as this Court deems just and proper.

Dated: April 23, 2025

Respectfully Submitted,

*/s/ Joel C. Lin*

Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
**GISH PLLC**
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: 415-630-2000

Andrew D. Gish (*pro hac vice*)
andrew@gishpllc.com
Joel C. Lin (CA SBN 280679)
joel.lin@gishpllc.com
Michael M. Powell (*pro hac vice*)
michael@gishpllc.com
**GISH PLLC**
41 Madison Avenue, Floor 31
New York, NY 10010
Telephone: 212-518-2000

*Attorneys for Laudando & Associates, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 23, 2025, to all counsel of record who are deemed to have consented to electric service via the Court's CM/ECF system. Any other counsel of record will be served by electronic email and regular mail.

Dated: April 23, 2025

Respectfully Submitted,

*/s/ Joel C. Lin*

Joel C. Lin (CA SBN 280679)
joel.lin@gishpllc.com
**GISH PLLC**
41 Madison Avenue, Floor 31
New York, NY 10010
Telephone: 212-518-2000