UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> LAUDANDO & ASSOCIATES LLC, <br><br> Defendant. | Case No. 2:24-cv-3012-DAD-JDP <br><br> ORDER AFTER HEARING |
| LAUDANDO & ASSOCIATES LLC, <br><br> Counter Claimant, <br><br> v. <br><br> CARBON AUTONOMOUS ROBOTIC SYSTEMS INC., <br><br> Counter Defendant. | |

This case was before the court on August 21, 2025, for hearing on plaintiff's motion for entry of defendant's default. ECF No. 84. Attorneys Chandrika Vira and Richard Crudo appeared on behalf of plaintiff; defendant did not appear.

For the reasons state on the record, it is hereby ORDERED that plaintiff's motion for entry of default, ECF No. 84, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __August 29, 2025__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE