UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.,<br>Plaintiff,<br>v.<br>LAUDANDO & ASSOCIATES LLC,<br>Defendant. | Case No. 2:24-cv-3012-DAD-JDP<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT</u><br><br>(Doc. Nos. 101, 104) |

This is a civil action in which plaintiff alleges that defendant infringed on plaintiff's patents. Defendant was initially represented by counsel but, on June 13, 2025, the undersigned granted counsel's renewed motion to withdraw as defendant's counsel of record. (Doc. No. 74.) With knowledge that it could not be allowed to proceed *pro se* in this action, defendant was provided time to secure new counsel but was unable to do so.

On October 27, 2025, plaintiff moved for entry of default judgment. (Doc. No. 101.) The motion was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 104.) The pending findings and recommendations were served on the parties and contained notice that any

objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8–9.) That time has passed with no objections, or any other submission, being filed by defendant.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The Findings and Recommendations issued June 24, 2026 (Doc. No. 104), are adopted in full;
2. Plaintiff Carbon Autonomous Robotic Systems Inc.'s motion for default judgment, (Doc. No. 101), is granted;
3. Defendant Laudando & Associates LLC, and any acting in concert with it, are permanently restrained and enjoined from manufacturing, using, offering for sale, or selling within the United States, or importing into the United States, the Accused Product or any product incorporating the Accused Product; and
4. The Clerk of Court is directed to enter judgment in favor of plaintiff and to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE